**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

__________ District of __________

Case number *(If known)*: ____________________

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

FILED
CLERK OF COURT
JUN - 8 2026
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

**The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br>Bring your picture identification to your meeting with the trustee. | Michelle<br>First name<br>DEON<br>Middle name<br>LEE<br>Last name<br>Suffix (Sr., Jr., II, III) | First name<br>Middle name<br>Last name<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | First name<br>Middle name<br>Last name<br>First name<br>Middle name<br>Last name<br>Business name (if applicable)<br>Business name (if applicable) | First name<br>Middle name<br>Last name<br>First name<br>Middle name<br>Last name<br>Business name (if applicable)<br>Business name (if applicable) |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | XXX – XX – 6459<br>OR<br>9 XX – XX – ____ | XXX – XX – ____<br>OR<br>9 XX – XX – ____ |

Debtor 1 ______________________ (First Name / Middle Name / Last Name)    Case number *(if known)* ______________________

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | EIN __ __ – __ __ __ __ __ __ __<br>EIN __ __ – __ __ __ __ __ __ __ | EIN __ __ – __ __ __ __ __ __ __<br>EIN __ __ – __ __ __ __ __ __ __ |
| **5. Where you live** | 15430 Fairway dR<br>Number Street<br>Commerce City, CO<br>80022<br>City State ZIP Code<br>Adams<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number Street<br>P.O. Box<br>City State ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number Street<br><br>City State ZIP Code<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number Street<br>P.O. Box<br>City State ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br>❑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>❑ I have another reason. Explain. (See 28 U.S.C. § 1408.)<br>Is located in<br>Adams County | *Check one:*<br>❑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>❑ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Debtor 1 ______________________ First Name Middle Name Last Name Case number (if known) ______________________

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☑ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ☐ No
- ☑ Yes. District __________ When __________ MM / DD / YYYY Case number __________
  District __________ When __________ MM / DD / YYYY Case number __________
  District __________ When __________ MM / DD / YYYY Case number __________

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☑ No
- ☐ Yes. Debtor __________ Relationship to you __________
  District __________ When __________ MM / DD / YYYY Case number, if known __________
  Debtor __________ Relationship to you __________
  District __________ When __________ MM / DD / YYYY Case number, if known __________

**11. Do you rent your residence?**

- ☑ No. Go to line 12.
- ☐ Yes. Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1 ______________________ First Name Middle Name Last Name Case number (if known) ______________________

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No. Go to Part 4.

☑ Yes. Name and location of business

Name of business, if any: SHS Care Services. The Blue Print

Number Street: 15430 Fairway Dr

Commerce City CO

City State: CO ZIP Code: 80022

*Check the appropriate box to describe your business:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No. I am not filing under Chapter 11.

☑ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☑ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

Debtor 1 ______________________________ Case number *(if known)*______________________
First Name Middle Name Last Name

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes. What is the hazard? ______________________________

If immediate attention is needed, why is it needed? ______________________________

Where is the property? ______________________________
Number Street

______________________________
City State ZIP Code

Debtor 1 ______ First Name Middle Name Last Name Case number (if known) ______

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

- ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

  Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

- ☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

  Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

- ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

  To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

  Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

  If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

  Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

- ☐ **I am not required to receive a briefing about credit counseling because of:**

  - ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.
  - ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.
  - ☐ **Active duty.** I am currently on active military duty in a military combat zone.

  If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

- ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

  Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

- ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

  Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

- ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

  To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

  Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

  If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

  Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

- ☐ **I am not required to receive a briefing about credit counseling because of:**

  - ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.
  - ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.
  - ☐ **Active duty.** I am currently on active military duty in a military combat zone.

  If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1 ______________________ First Name Middle Name Last Name Case number (if known) ____________

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

- ☐ No. Go to line 16b.
- ☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

- ☐ No. Go to line 16c.
- ☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

State and Federal Taxes

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

- ☑ No. I am not filing under Chapter 7. Go to line 18.
- ☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☐ No
  - ☐ Yes

**18. How many creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☑ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

303-483-9812

✘ [signature] Signature of Debtor 1

Executed on 6-8-26 MM / DD / YYYY

✘ ______________ Signature of Debtor 2

Executed on ______ MM / DD / YYYY

Fill in this information to identify your case and this filing:

Debtor 1: Michelle Dion LEE
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): First Name / Middle Name / Last Name

United States Bankruptcy Court for the: ______ District of ______

Case number ______

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☐ Yes. Where is the property?

1.1. 2552 E 54th Pl
Street address, if available, or other description
Aurora Co 80018
City State ZIP Code
Arapahoe
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other ______

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $ 579,300.00
**Current value of the portion you own?** $ 579,300.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.** Expressed Trust

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:** ______

If you own or have more than one, list here:

1.2. ______
Street address, if available, or other description
______
City State ZIP Code
______
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other ______

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $______
**Current value of the portion you own?** $______

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.** ______

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:** ______

Debtor 1 ______________________________ Case number (if known) ____________________
First Name Middle Name Last Name

**Part 1:** **Additional Page**
**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.**

Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any

---

☐ IRS
Creditor's Name
Ogdem Ut
Number Street
84201-0030

City State ZIP Code

**Describe the property that secures the claim:** $ 65,124.03 $ ________ $ ________

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** ____________

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) ____________

**Last 4 digits of account number** 0459

---

☐ Colorado Dept of Revenue
Creditor's Name
Denver 80217
Number Street

City State ZIP Code

**Describe the property that secures the claim:** $ 26,180.00 $ ________ $ ________

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** ____________

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) ____________

**Last 4 digits of account number** ___ ___ ___ ___

---

☐ ____________
Creditor's Name

Number Street

City State ZIP Code

**Describe the property that secures the claim:** $ ________ $ ________ $ ________

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** ____________

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) ____________

**Last 4 digits of account number** ___ ___ ___ ___

---

**Add the dollar value of your entries in Column A on this page. Write that number here:** $ ________

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** $ 91,304.03

Fill in this information to identify your case:

Debtor 1 ______ First Name Middle Name Last Name

Debtor 2 (Spouse, if filing) ______ First Name Middle Name Last Name

United States Bankruptcy Court for the: ______ District of ______

Case number (If known) ______

☐ Check if this is an amended filing

Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

**If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.**

## Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

Unsecured claim

**1**

Creditor's Name ______
Number Street ______
______
City State ZIP Code ______
Contact ______
Contact phone ______

**What is the nature of the claim?** ______ $ 0

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☐ Yes. Total claim (secured and unsecured): $______
  - Value of security: − $______
  - Unsecured claim $______

**2**

Creditor's Name ______
Number Street ______
______
City State ZIP Code ______
Contact ______
Contact phone ______

**What is the nature of the claim?** ______ $______

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☐ Yes. Total claim (secured and unsecured): $______
  - Value of security: − $______
  - Unsecured claim $______

Fill in this information to identify your case and this filing:

Debtor 1 ______ First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing) ______ First Name / Middle Name / Last Name

United States Bankruptcy Court for the: ______ District of ______

Case number ______

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☐ Yes. Where is the property?

1.1. 11480 Fairwode
Street address, if available, or other description

Commerce City Co 8002
City State ZIP Code

Adams
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other ______

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** ______

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $1,025,000
**Current value of the portion you own?** $1,025,000

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Expressed Grantor

☐ **Check if this is community property** (see instructions)

If you own or have more than one, list here:

1.2. 105430 Fairway dR
Street address, if available, or other description

Commerce City
City State 2005 ZIP Code

Adams
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other ______

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** ______

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $628,000
**Current value of the portion you own?** $628,000

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Expressed Grantor

☐ **Check if this is community property** (see instructions)

Debtor 1 Michelle D. Love
First Name Middle Name Last Name
Case number (if known)

1.3. 5031 N. Quemay Ct Aurora Co 80019
Street address, if available, or other description

City State ZIP Code

Adams
County

What is the property? Check all that apply.
- [x] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [ ] Land
- [ ] Investment property
- [ ] Timeshare
- [ ] Other ______

Who has an interest in the property? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: ______

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? $512,500.00

Current value of the portion you own? $512,500.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
Expressed Grant

- [ ] Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. → $344,790.00

## Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles
- [ ] No
- [x] Yes

3.1. Make: Rubicon
Model: Jeep
Year: 2021
Approximate mileage: ______
Other information:

Who has an interest in the property? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? $10,000

Current value of the portion you own? $10,000

If you own or have more than one, describe here:

3.2. Make: Police
Model: Single
Year: 2022
Approximate mileage: 5K
Other information:

Who has an interest in the property? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? $10,000

Current value of the portion you own? $10,000

Debtor 1 ______ First Name Middle Name Last Name Case number (if known)______

3.3. Make: ______
Model: ______
Year: ______
Approximate mileage: ______
Other information:

**Who has an interest in the property?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another

❑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $______
**Current value of the portion you own?** $______

3.4. Make: ______
Model: ______
Year: ______
Approximate mileage: ______
Other information:

**Who has an interest in the property?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another

❑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $______
**Current value of the portion you own?** $______

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
- ❑ No
- ❑ Yes

4.1. Make: ~~20~~ Lerate
Model: Maserati
Year: 20
Other information: Company LLC

**Who has an interest in the property?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another

❑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $ 30,000
**Current value of the portion you own?** $ 30,000

If you own or have more than one, list here:

4.2. Make: 2019
Model: Dodge
Year: ~~15,000~~ 2019
Other information:

**Who has an interest in the property?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another

❑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $ 15,000.00
**Current value of the portion you own?** $ 15,000

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ............ → $ 0

Debtor 1 ______ First Name Middle Name Last Name Case number (if known) ______

## Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples*: Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☐ Yes. Describe.........
   $ 10,000.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☐ Yes. Describe.........
   $ 2,000.00

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ☐ Yes. Describe.........
   $ 0

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ☐ Yes. Describe.........
   $ 0

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ☐ Yes. Describe......... Pistol
    $ 100.00

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☐ Yes. Describe.........
    $ 2000.00

12. **Jewelry**
    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☐ Yes. Describe.........
    $ 0

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ☐ Yes. Describe.........
    $ 0

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☐ No
    ☐ Yes. Give specific information. ..............
    $ 0

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .......... → $ 15,000.00

Debtor 1 ______________________ First Name Middle Name Last Name    Case number (if known) ____________

## Part 4: Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

- ☐ No
- ☐ Yes .......... Cash: 300.00 .......... $ 300.00

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

- ☐ No
- ☐ Yes ..........

| | Institution name: | |
|---|---|---|
| 17.1. Checking account: | Personal PNC | $ 000.00 |
| 17.2. Checking account: | | $ |
| 17.3. Savings account: | | $ |
| 17.4. Savings account: | | $ |
| 17.5. Certificates of deposit: | | $ |
| 17.6. Other financial account: | The Blue Print | $ -100 |
| 17.7. Other financial account: | 348 Ent | $ 60.00 |
| 17.8. Other financial account: | | $ |
| 17.9. Other financial account: | | $ |

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

- ☐ No
- ☐ Yes ..........

| Institution or issuer name: | |
|---|---|
| | $ 0 |
| | $ 0 |
| | $ 0 |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

- ☐ No
- ☐ Yes. Give specific information about them..........

| Name of entity: | % of ownership: | |
|---|---|---|
| | 0% % | $ 0 |
| | 0% % | $ 0 |
| | 0% % | $ |

Debtor 1 ________________________________
First Name Middle Name Last Name

Case number *(if known)*________________________

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

❑ No
❑ Yes. Give specific information about them...................... Issuer name:

$ 0
$
$

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

❑ No
❑ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | | $ 0 |
| Pension plan: | | $ |
| IRA: | | $ |
| Retirement account: | | $ |
| Keogh: | | $ |
| Additional account: | | $ |
| Additional account: | | $ |

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

❑ No
❑ Yes.........................

| | Institution name or individual: | |
|---|---|---|
| Electric: | | $ 0 |
| Gas: | | $ |
| Heating oil: | | $ |
| Security deposit on rental unit: | | $ |
| Prepaid rent: | | $ |
| Telephone: | | $ |
| Water: | | $ |
| Rented furniture: | | $ |
| Other: | | $ |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

❑ No
❑ Yes......................... Issuer name and description:

$ 0
$
$

Debtor 1 ______ First Name Middle Name Last Name Case number (if known)______

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

- ☐ No
- ☐ Yes .................................. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

$ 0
$______
$______

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

- ☐ No
- ☑ Yes. Give specific information about them.... Probate Court Pending $______

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

- ☐ No
- ☐ Yes. Give specific information about them.... $ 0

**27. Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

- ☐ No
- ☐ Yes. Give specific information about them.... $ 0

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

- ☐ No
- ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. .......................

Federal: $ 0
State: $______
Local: $______

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

- ☐ No
- ☐ Yes. Give specific information.............

Alimony: $ 0
Maintenance: $______
Support: $______
Divorce settlement: $______
Property settlement: $______

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

- ☐ No
- ☐ Yes. Give specific information.............. $ 0

Debtor 1 ______ First Name Middle Name Last Name Case number (if known) ______

31. **Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

❑ No

❑ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Augsri | ? | $ ? |
| | | $ |
| | | $ |

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

❑ Yes. Give specific information. ............ $

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

❑ No

☑ Yes. Describe each claim. .................... RCS - Adams Cnty - TLL The 10th Cnty $

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

❑ No

❑ Yes. Describe each claim. .................... TLL Daylor Cnty $

35. **Any financial assets you did not already list**

❑ No

❑ Yes. Give specific information........... $

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ........ ➔ $

**Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

❑ No. Go to Part 6.

☑ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

❑ No

❑ Yes. Describe....... Deacon Realestate $ 407,000

39. **Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

❑ No

❑ Yes. Describe....... $

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No
☐ Yes. Describe....... $

41. **Inventory**

☐ No
☐ Yes. Describe....... $

42. **Interests in partnerships or joint ventures**

☐ No
☐ Yes. Describe....... Name of entity: % of ownership:

| Name of entity | % of ownership | |
|---|---|---|
| | % | $ |
| | % | $ |
| | % | $ |

43. **Customer lists, mailing lists, or other compilations**

☐ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

☐ No
☐ Yes. Describe........ $

44. **Any business-related property you did not already list**

☐ No
☐ Yes. Give specific information .........

$
$
$
$
$
$

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** .......... ➔ $

**Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
**If you own or have an interest in farmland, list it in Part 1.**

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☐ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**

*Examples*: Livestock, poultry, farm-raised fish

☐ No
☐ Yes.......................... $ 0

**48. Crops—either growing or harvested**

- ❑ No
- ❑ Yes. Give specific information. ............ $ 0

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

- ❑ No
- ❑ Yes ........................ $ 0

**50. Farm and fishing supplies, chemicals, and feed**

- ❑ No
- ❑ Yes ........................ $ 0

**51. Any farm- and commercial fishing-related property you did not already list**

- ❑ No
- ❑ Yes. Give specific information. ............ $ 0

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ........ → $_______

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

- ❑ No
- ❑ Yes. Give specific information. ............ $_______ $_______ $_______

**54. Add the dollar value of all of your entries from Part 7. Write that number here** ........ → $_______

## Part 8: List the Totals of Each Part of this Form

**55. Part 1: Total real estate, line 2** ........ → $_______

**56. Part 2: Total vehicles, line 5** $_______

**57. Part 3: Total personal and household items, line 15** $_______

**58. Part 4: Total financial assets, line 36** $_______

**59. Part 5: Total business-related property, line 45** $_______

**60. Part 6: Total farm- and fishing-related property, line 52** $_______

**61. Part 7: Total other property not listed, line 54** + $_______

**62. Total personal property.** Add lines 56 through 61. .................... $_______ Copy personal property total → + $_______

**63. Total of all property on Schedule A/B.** Add line 55 + line 62. ........ $_______

Department of the Treasury
Internal Revenue Service
Ogden, UT 84201-0030

SB
IRS Notice CP504

9307 1107 5620 4744 4884 40

023263.650762.362698.23880 2 AB 0.641 1389

MICHELLE LEE
16480 FAIRWAY DR
COMMERCE CITY CO 80022-5202

April 6, 2026

)23263

# Final Balance Due Reminder – Notice of Intent to Seize (Levy) Your Property or Rights to Property

To: MICHELLE LEE

As of April 6, 2026, we have not received your overdue tax after sending several notices to you. You must pay your balance immediately or we may levy (seize) your property. If you don't make your payment now, we'll consider your noncompliance an active choice and you could face a levy.

**Amount Due Immediately: $65,124.03**

Payment must be received immediately.

## What You Need To Do Immediately

### Gather this information

- ❏ Your taxpayer ID number
- ❏ Form numbers (1040, 1040A or 1040EZ)
- ❏ Your filing status for the outstanding tax years
- ❏ Address from the outstanding tax years
- ❏ Your bank routing number
- ❏ Your bank account number

### Pay directly online from your bank account

1. Go to IRS.gov/DirectPay
2. Select "Make a Payment"
3. Enter the following options:
   - **Reason for Payment:** Balance Due
   - **Apply Payment To:** Income Tax - Form 1040
   - **Tax Period for Payment:** 2023
4. Follow the instructions to verify your identity and submit secure bank information.
5. Submit your secure payment

Scan here to find information to direct-pay

IRS Department of the Treasury
Internal Revenue Service
PO Box 42346
Philadelphia PA 19101-2346

043703.764606.266998.4827 1 AB 0.672 532

MICHELLE LEE
16480 FAIRWAY DR
COMMERCE CITY CO 80022-5202

043703

IRS Department of the Treasury
Internal Revenue Service
PO Box 42346
Philadelphia PA 19101-2346

In reply refer to: 0568979609
May 18, 2026 LTR 4473C 0
***-**-0459 202312 30 0
00036072
BODC: SB

MICHELLE LEE
16480 FAIRWAY DR
COMMERCE CITY CO 80022-5202

043703

Taxpayer identification number: ***-**-0459
Forms: 1040
Tax periods: Dec. 31, 2023

Dear Taxpayer:

We received your Form 12153, Request for a Collection Due Process or Equivalent Hearing, dated Apr. 20, 2026.

We're forwarding your request for a Collection Due Process hearing to the IRS Independent Office of Appeals. That office will contact you within 60 days.

We have no record of receiving your tax return for the tax period Dec. 31. 2024. If you filed the return, send us a complete copy.

Find tax forms or publications by visiting IRS.gov/forms or calling 800-TAX-FORM (800-829-3676).

If you have questions, you can call Tilvawala at 267-466-4055 between 9:00 a.m. and 3:00 p.m. EDT.

If you prefer, you can write to the address shown at the top of this letter.

When you write, include a copy of this letter, and write your phone number and the hours we can reach you.

Keep a copy of this letter for your records.

A copy of this letter and any referenced enclosures have been forwarded to your authorized representative(s).

IRS Department of the Treasury
Internal Revenue Service
ACS, P. O. Box 24017, Stop 76101
Fresno CA 93779

In reply refer to: 0975964094
May 22, 2026 LTR 2645C L0
***-**-0459 202012 30 0
Input Op: 0309926442 00075729
BODC: SB

MICHELLE LEE
16480 FAIRWAY DR
COMMERCE CITY CO 80022-5202

046862

Taxpayer identification number: ***-**-0459
Tax periods: Dec. 31, 2020

Form: 1040

Dear Taxpayer:

We received one of the following items from you or your authorized third party on Apr. 20, 2026.

- Correspondence
- Telephone inquiry
- Payment
- Form
- Response to our inquiry or notice
- Penalty abatement request
- Installment agreement
- Other

Before we can resolve this matter, we need to process all of your information. We'll send you our complete response within 90 days. We don't need any further information from you right now.

If you have a current installment agreement with us, continue to make scheduled payments while waiting for our response. Even if you do not have a formal installment agreement, you can make payments to reduce the balance owed and minimize interest and penalty charges.

To help us apply payments properly, make your check or money order payable to the United States Treasury and provide on each payment: name, address, social security or employer identification number, daytime telephone number, tax year and tax form.

We stopped any further notices to you while we research this matter. If you receive, or have received, additional notices about this account, please contact us.

If you prefer, you can write to that office at the address we provided in this letter.

If you have questions, you can call 800-829-0922.

IRS Department of the Treasury
Internal Revenue Service
ACS, P. O. Box 24017, Stop 76101
Fresno CA 93779

046862.671854.434432.25922 1 AB 0.672 532

MICHELLE LEE
16480 FAIRWAY DR
COMMERCE CITY CO 80022-5202

046862

# STATEMENT OF ACCOUNT

Colorado Department of Revenue
Denver, CO 80217-0087
303-238-7378
www.Colorado.gov/RevenueOnline

**Account:** 04130264 - *MICHELLE LEE*
**Letter:** L2098603920
**Balance:** $26,182.00

May 13, 2026
**MINIMUM OWED UPON RECEIPT**
**Minimum Owed:** $26,182.00

This Statement of Account displays your current standing with the Colorado Department of Revenue for taxes and other programs we administer. Please examine any enclosures carefully for important additional information about your accounts.

**PAY ONLINE:** Go to www.Colorado.gov/RevenueOnline and select "Make a Payment" to see all of your payment options, including to request a payment plan. Otherwise, you may submit your payment with the payment voucher below.

**IF YOU HAVE ALREADY PAID:** Submit, to the address above, a legible front and back copy of the canceled check, a copy of your original return (if applicable), and a copy of this statement. If you paid electronically, submit your payment confirmation number or copy of your financial institution statement showing the payment with a copy of the return and this statement.

**TO REQUEST A PAYMENT PLAN:** Visit www.Colorado.gov/RevenueOnline to apply. Please note that penalties and interest will continue to accrue on the balance owed even if your payment plan is approved.

| Period | Tax/Fee | Penalty | Interest | Other | Credit | Balance |
|---|---|---|---|---|---|---|
| **Individual Income Tax Account (04130264-002-IND)** | | | | | | |
| Dec 31, 2023 | 17,066.00 | 7,960.00 | 3,474.00 | 0.00 | (2,318.00) | $26,182.00 |
| *Subtotal* | | | | | | **$26,182.00** |

**Cut here and send only the coupon below.** Help us save time and your tax dollars.

**DO NOT SEND CASH**
Use this coupon when mailing payment OR pay online at www.Colorado.gov/RevenueOnline

DR 0040

Colorado Department of Revenue
Denver, CO 80217-0087

## PAYMENT COUPON

Balance: $26,182.00

**Please follow these steps:**
☑·Write your account number on your check.
☑·Enclose this coupon with your check. Do NOT staple.
☑·Mail and make checks payable to:

Colorado Department of Revenue
Denver, CO 80217-0087

MICHELLE LEE
PO BOX 172211
DENVER CO 80217-2211

1400401999998

The State may convert your check to a one-time electronic banking transaction. Your bank account may be debited as early as the same day received by the State. If converted, your check will not be returned. If your check is rejected due to insufficient or uncollectible funds, the Department of Revenue may collect the payment amount directly from your bank account electronically.

**Payment Type:** Voucher
**Account:** 04130264
**Letter:** L2098603920

**AMOUNT ENCLOSED:**

**MINIMUM OWED:**
26,182.00

99997090 12319999 11 000004130264 15 03769958244 38

0101000036

SB
IRS Notice CP504

Department of the Treasury
Internal Revenue Service
Ogden, UT 84201-0030

9307 1107 5620 4744 4881 74

023236.650762.362698.23880 2 AB 0.641 1228

MICHELLE D LEE
16480 FAIRWAY DR
COMMERCE CITY CO 80022-5202

April 6, 2026

023236

# Final Balance Due Reminder – Notice of Intent to Seize (Levy) Your Property or Rights to Property

To: MICHELLE D LEE

As of April 6, 2026, we have not received your overdue tax after sending several notices to you. You must pay your balance immediately or we may levy (seize) your property. If you don't make your payment now, we'll consider your noncompliance an active choice and you could face a levy.

**Call for your amount due**

Call 833-678-7020 for your total amount due including interest and penalties. Payment must be received immediately.

## What You Need To Do Immediately

### Gather this information

- ❏ Your taxpayer ID number
- ❏ Form numbers (1040, 1040A or 1040EZ)
- ❏ Your filing status for the outstanding tax years
- ❏ Address from the outstanding tax years
- ❏ Your bank routing number
- ❏ Your bank account number

### Pay directly online from your bank account

1. Go to IRS.gov/DirectPay
2. Select "Make a Payment"
3. Enter the following options:
   - **Reason for Payment:** Balance Due
   - **Apply Payment To:** Income Tax - Form 1040
   - **Tax Period for Payment:** 2020
4. Follow the instructions to verify your identity and submit secure bank information.
5. Submit your secure payment

Scan here to find information to direct-pay

Fill in this information to identify your case:

Debtor 1 Michelle D. LEE
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: __________ District of __________

Case number ____________________
(If known)

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**
   - ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

Column A — **Amount of claim** — Do not deduct the value of collateral.
Column B — **Value of collateral that supports this claim**
Column C — **Unsecured portion** — If any

**2.1** Bell CO Credit Union
Creditor's Name
9540 Marksman
Number Street
1730 Englewood CO 80112
City State ZIP Code

**Describe the property that secures the claim:** Column A: $ 0 Column B: $ 1,025,000 Column C: $

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☑ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) ____________

**Date debt was incurred** ________ **Last 4 digits of account number** 1 2 3 7

Debt Paid Personal 24-16918 kht

**2.2** Cornerstone Home Lending
Creditor's Name
14841 Dallas Pkwy
Number Street

City State ZIP Code

**Describe the property that secures the claim:** Column A: $ 0 Column B: $ 560,512.00 Column C: $

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☑ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) ____________

**Date debt was incurred** ________ **Last 4 digits of account number** 1 2 4 8

24-16918 kht

**Add the dollar value of your entries in Column A on this page. Write that number here:** $________

Debtor 1 ______ First Name Middle Name Last Name Case number (if known) ______

**Part 1: Additional Page**

**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.**

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|
| Nationstar Mortg, Creditor's Name; 4004 Beltline Rd #100, Number Street; Addison TX 75001, City State ZIP Code. Describe the property that secures the claim: | $ 0 | $ | $ |
| The Gallery, Creditor's Name; 555 Zang St #100, Number Street; Lakewood Co 80228, City State ZIP Code. Describe the property that secures the claim: | $ 0 | $ | $ |
| J.P. Morgan Chase, Creditor's Name; Number Street; City State ZIP Code. Describe the property that secures the claim: | $ 0 | $ | $ |

**Entry 1: Nationstar Mortg**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☑ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) ______

**Date debt was incurred** ______

**Last 4 digits of account number** 1240

24-#16918

**Entry 2: The Gallery**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) ______

24-16918-KHT Discharged

**Date debt was incurred** ______

**Last 4 digits of account number** 1291

**Entry 3: J.P. Morgan Chase**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) ______

24-16918KHT

**Date debt was incurred** ______

**Last 4 digits of account number** 1278

**Add the dollar value of your entries in Column A on this page. Write that number here:** $______

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** $______

Debtor 1 ______ First Name Middle Name Last Name

Case number (if known)______

**Part 1:** **Additional Page**

**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.**

| Column A | Column B | Column C |
|---|---|---|
| **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

☐ Tamik Life
Creditor's Name
216 16th St # 1210
Number Street
Denco. 80202
City State ZIP Code

**Describe the property that secures the claim:** $ 0 $______ $______

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) ______

Personal Debt Paid
24-16918 KHT

**Date debt was incurred** ______

**Last 4 digits of account number** 1 2 4 7

☐ New American
Creditor's Name
355 Union Blvd #280
Number Street
Lakewood Co 80228
City State ZIP Code

**Describe the property that secures the claim:** $ 0 $______ $______

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☑ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) ______

**Date debt was incurred** ______

**Last 4 digits of account number** 1 2 4 1

☐ Kalamata Capital
Creditor's Name
PO Box 3931
Number Street
Greenwood Village
80155
City State ZIP Code

**Describe the property that secures the claim:** $______ $______ $______

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) ______

24-1238 KHT

**Date debt was incurred** ______

**Last 4 digits of account number** 1238

**Add the dollar value of your entries in Column A on this page. Write that number here:** $______

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** $______

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>MICHELLE DEON LEE,<br><br>Debtor. | Case No. 24-16918 KHT<br>Chapter 7 |
| MICHELLE D. LEE,<br><br>Plaintiff,<br><br>v.<br><br>NEW AMERICAN FUNDING, LLC and HEATHER L. DEERE,<br><br>Defendants. | Adversary No. 25-01241 KHT |

**JUDGMENT**

The above-captioned matter came before the Court as set forth in the Order Dismissing Adversary Proceeding entered contemporaneously herewith. In accordance with that Order,

IT IS ORDERED AND ADJUDGED that this adversary proceeding is DISMISSED WITH PREJUDICE.

Dated: December 5, 2025

FOR THE COURT:

Kenneth S. Gardner, Clerk of Court

By: ______________________
Deputy Clerk

APPROVED AND ACCEPTED:

By: ______________________
Kimberley H. Tyson
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>MICHELLE DEON LEE,<br><br>Debtor. | Case No. 24-16918 KHT<br>Chapter 7 |
| MICHELLE D. LEE,<br><br>Plaintiff,<br><br>v.<br><br>McCALLA RAYMER LEIBERT PIERCE, LLP and JPMORGAN CHASE BANK, N.A.,<br><br>Defendants. | Adversary No. 25-01278 KHT |

**JUDGMENT**

The above-captioned matter came before the Court as set forth in the Order Dismissing Adversary Proceeding entered contemporaneously herewith. In accordance with that Order,

IT IS ORDERED AND ADJUDGED that this adversary proceeding is DISMISSED WITH PREJUDICE.

Dated: December 5, 2025

FOR THE COURT:

Kenneth S. Gardner, Clerk of Court

By: ______________________
Deputy Clerk

APPROVED AND ACCEPTED:

By: ______________________
Kimberley H. Tyson
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>MICHELLE DEON LEE,<br><br>Debtor. | Case No. 24-16918 KHT<br>Chapter 7 |
| MICHELLE D. LEE,<br><br>Plaintiff,<br><br>v.<br><br>THE GALLERY AT REUNION METRO DISTRICT, LORI HUFFMAN, and BREE HENNESSY,<br><br>Defendants. | Adversary No. 25-01291 KHT |

**JUDGMENT**

The above-captioned matter came before the Court as set forth in the Order Dismissing Adversary Proceeding entered contemporaneously herewith. In accordance with that Order,

IT IS ORDERED AND ADJUDGED that this adversary proceeding is DISMISSED WITH PREJUDICE.

Dated: December 5, 2025

FOR THE COURT:

Kenneth S. Gardner, Clerk of Court

By: ______________________
Deputy Clerk

APPROVED AND ACCEPTED:

By: ______________________
Kimberley H. Tyson
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>MICHELLE DEON LEE,<br><br>Debtor. | Case No. 24-16918 KHT<br>Chapter 7 |
| MICHELLE D. LEE,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC, RACHAEL SWERNOFSKY, and BARRETT FRAPPIER & WEISSERMAN, LLP,<br><br>Defendants. | Adversary No. 25-01240 KHT |

**JUDGMENT**

The above-captioned matter came before the Court as set forth in the Order Dismissing Adversary Proceeding entered contemporaneously herewith. In accordance with that Order,

IT IS ORDERED AND ADJUDGED that this adversary proceeding is DISMISSED WITH PREJUDICE.

Dated: December 5, 2025

FOR THE COURT:

Kenneth S. Gardner, Clerk of Court

By: ______________________
Deputy Clerk

APPROVED AND ACCEPTED:

By: ______________________
Kimberley H. Tyson
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>MICHELLE DEON LEE,<br><br>Debtor. | Case No. 24-16918 KHT<br>Chapter 7 |
| MICHELLE D. LEE,<br><br>Plaintiff,<br><br>v.<br><br>KALAMATA CAPITAL GROUP, ROBERT BUSCH, and ARIEL BOUSKILA,<br><br>Defendants. | Adversary No. 25-01238 KHT |

**JUDGMENT**

The above-captioned matter came before the Court as set forth in the Order Dismissing Adversary Proceeding entered contemporaneously herewith. In accordance with that Order,

IT IS ORDERED AND ADJUDGED that this adversary proceeding is DISMISSED WITH PREJUDICE.

Dated: December 5, 2025

FOR THE COURT:

Kenneth S. Gardner, Clerk of Court

By: ______________________
Deputy Clerk

APPROVED AND ACCEPTED:

By: ______________________
Kimberley H. Tyson
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>MICHELLE DEON LEE,<br><br>Debtor. | Case No. 24-16918 KHT<br>Chapter 7 |
| MICHELLE D. LEE,<br><br>Plaintiff,<br><br>v.<br><br>CORNERSTONE HOME LENDING, a Division of Cornerstone Capital Bank, SSB, and ABBEY DREHER,<br><br>Defendants. | Adversary No. 25-01248 KHT |

**JUDGMENT**

The above-captioned matter came before the Court as set forth in the Order Dismissing Adversary Proceeding entered contemporaneously herewith. In accordance with that Order,

IT IS ORDERED AND ADJUDGED that this adversary proceeding is DISMISSED WITH PREJUDICE.

Dated: December 5, 2025

FOR THE COURT:

Kenneth S. Gardner, Clerk of Court

By: ______________________
Deputy Clerk

APPROVED AND ACCEPTED:

By: ______________________
Kimberley H. Tyson
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>MICHELLE DEON LEE,<br><br>Debtor. | Case No. 24-16918 KHT<br>Chapter 7 |
| MICHELLE D. LEE,<br><br>Plaintiff,<br><br>v.<br><br>BELLCO CREDIT UNION,<br><br>Defendant. | Adversary No. 25-01237 KHT |

**JUDGMENT**

The above-captioned matter came before the Court as set forth in the Order Dismissing Adversary Proceeding entered contemporaneously herewith. In accordance with that Order,

IT IS ORDERED AND ADJUDGED that this adversary proceeding is DISMISSED WITH PREJUDICE.

Dated: December 5, 2025

FOR THE COURT:

Kenneth S. Gardner, Clerk of Court

By: ______________________
Deputy Clerk

APPROVED AND ACCEPTED:

By: ______________________
Kimberley H. Tyson
United States Bankruptcy Judge

Fill in this information to identify your case:

Debtor [illegible handwritten signature]
First Name Middle Name Last Name

Debtor 2
(Spouse If filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: __________ District of __________

Case number __________
(If known)

☐ Check if this is an amended filing

# Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases 12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   - ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | Ron<br>Name<br>25722 E 5th<br>Number Street<br>Aurora CO 80018<br>City State ZIP Code | Rental of [illegible]<br>3000.00 MO. |
| 2.2 | Name<br>Number Street<br>City State ZIP Code | |
| 2.3 | Name<br>Number Street<br>City State ZIP Code | |
| 2.4 | Name<br>Number Street<br>City State ZIP Code | |
| 2.5 | Name<br>Number Street<br>City State ZIP Code | |

Debtor 1 ______________________________ Case number (if known)______________________
First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| Person or company with whom you have the contract or lease | What the contract or lease is for |
|---|---|
| 2.2 ______ Name ______ Number Street ______ City State ZIP Code | |
| 2.__ ______ Name ______ Number Street ______ City State ZIP Code | |
| 2.__ ______ Name ______ Number Street ______ City State ZIP Code | |
| 2.__ ______ Name ______ Number Street ______ City State ZIP Code | |
| 2.__ ______ Name ______ Number Street ______ City State ZIP Code | |
| 2.__ ______ Name ______ Number Street ______ City State ZIP Code | |
| 2.__ ______ Name ______ Number Street ______ City State ZIP Code | |
| 2.__ ______ Name ______ Number Street ______ City State ZIP Code | |

Fill in this information to identify your case:

Debtor 1: Michelle J EEL
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): First Name / Middle Name / Last Name

United States Bankruptcy Court for the: ___________ District of ___________

Case number (If known) ______________________

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 income as of the following date: ________ MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Employment

Self Employee

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | Consultant | |
| **Employer's name** | Contract 1099 | |
| **Employer's address** | Number Street<br><br>City State ZIP Code | Number Street<br><br>City State ZIP Code |
| **How long employed there?** | | |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0 | $ |
| 3. **Estimate and list monthly overtime pay.** | 3. | + $ | + $ |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | $ 6,000 | $ |

Debtor 1 ______________________________ Case number (if known)______________
First Name Middle Name Last Name

| | | For Debtor 1 | For Debtor 2 or non-filing spouse | |
|---|---|---|---|---|
| **Copy line 4 here** ........ ➔ | 4. | $ | $ | |
| 5. **List all payroll deductions:** | | | | |
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ | $ | |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ | $ | |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ | $ | |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ | $ | |
| 5e. **Insurance** | 5e. | $ | $ | |
| 5f. **Domestic support obligations** | 5f. | $ | $ | |
| 5g. **Union dues** | 5g. | $ | $ | |
| 5h. **Other deductions.** Specify: ____________ | 5h. | + $ | + $ | |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ | $ | |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ | $ | |
| 8. **List all other income regularly received:** | | | | |
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ | $ | |
| 8b. **Interest and dividends** | 8b. | $ | $ | |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ | $ | |
| 8d. **Unemployment compensation** | 8d. | $ | $ | |
| 8e. **Social Security** | 8e. | $ | $ | |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: ____________ | 8f. | $ | $ | |
| 8g. **Pension or retirement income** | 8g. | $ | $ | |
| 8h. **Other monthly income.** Specify: ____________ | 8h. | + $ | + $ | |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ | $ | |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ | + $ | = $ |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: ______________________________ 11. + $__________

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies 12. $__________
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
☑ Yes. Explain: Increase Due to Contract work

Fill in this information to identify your case:

Debtor 1 ________ First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing) ________ First Name / Middle Name / Last Name

United States Bankruptcy Court for the: ________ District of ________

Case number (If known) ________

Check if this is:

- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date: ________ MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Your Household

1. **Is this a joint case?**
   - ☑ No. Go to line 2.
   - ☐ Yes. **Does Debtor 2 live in a separate household?**
     - ☐ No
     - ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?** Do not list Debtor 1 and Debtor 2. Do not state the dependents' names.
   - ☑ No
   - ☐ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   - ☑ No
   - ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | $ 800.00 Anual |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $ 300.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $ 95.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $ 0 |

Debtor 1 ______________________ First Name Middle Name Last Name     Case number (if known) ______________________

| | | Your expenses |
|---|---|---|
| 5. **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ |
| 6. **Utilities:** | | |
| 6a. Electricity, heat, natural gas | 6a. | $ 65.00 |
| 6b. Water, sewer, garbage collection | 6b. | $ 122.00 |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 65 |
| 6d. Other. Specify: ______ | 6d. | $ |
| 7. **Food and housekeeping supplies** | 7. | $ 200.00 |
| 8. **Childcare and children's education costs** | 8. | $ 0 |
| 9. **Clothing, laundry, and dry cleaning** | 9. | $ 0 |
| 10. **Personal care products and services** | 10. | $ 0 |
| 11. **Medical and dental expenses** | 11. | $ 0 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 200.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ |
| 14. **Charitable contributions and religious donations** | 14. | $ |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. Life insurance | 15a. | $ |
| 15b. Health insurance | 15b. | $ |
| 15c. Vehicle insurance | 15c. | $ 150.00 |
| 15d. Other insurance. Specify: ______ | 15d. | $ |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: ______ | 16. | $ |
| 17. **Installment or lease payments:** | | |
| 17a. Car payments for Vehicle 1 | 17a. | $ 0 |
| 17b. Car payments for Vehicle 2 | 17b. | $ |
| 17c. Other. Specify: ______ | 17c. | $ |
| 17d. Other. Specify: ______ | 17d. | $ |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ 0 |
| 19. **Other payments you make to support others who do not live with you.** Specify: ______ | 19. | $ |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| 20a. Mortgages on other property | 20a. | $ None |
| 20b. Real estate taxes | 20b. | $ None |
| 20c. Property, homeowner's, or renter's insurance | 20c. | $ None |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | $ |
| 20e. Homeowner's association or condominium dues | 20e. | $ |

Debtor 1 ______________________________ Case number (if known) ______________________
First Name Middle Name Last Name

21. **Other**. Specify: ______________________ 21. +$ ______

22. **Calculate your monthly expenses.**

22a. Add lines 4 through 21. 22a. $ 2057.00

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 22b. $ ~~2057.00~~

22c. Add line 22a and 22b. The result is your monthly expenses. 22c. $ 2057.00

23. **Calculate your monthly net income.**

23a. Copy line 12 (*your combined monthly income*) from *Schedule I*. 23a. $ 6,000.00

23b. Copy your monthly expenses from line 22c above. 23b. –$ 2057.00

23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. 23c. $ 3,943

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

- [ ] No.
- [x] Yes. Explain here: Increase In Income Contract work Propert Rental