FILED
CLERK OF COURT
JUN 1 1 2026
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

Michelle D. Lee
15430 Fairway Dr. Commerce City Co. 80022

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: Michelle D. Lee Expressed Grantor

Case No. __26-14100-KHT__________

**Chapter 11 / Subchapter V**

MOTION TO CORRECT CLERICAL ERROR IN SCHEDULE D

---

1. Introduction & Jurisdiction

Debtor respectfully moves this Court, under Federal Rule of Bankruptcy Procedure ("FRBP") 1009(a) and, if applicable, under FRBP 9024 (incorporating Civil Rule 60(a)), to correct a clerical error in the Debtor's filed Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D). This Court has authority to amend a debtor's schedules to correct errors, omissions, or misclassifications.

2. Statement of the Error

Colorado Dept. of Revenue I forgot to check the status

3. Proposed Correction

Debtor proposes that the Court order the following correction:

The status is Unliquidated and Disputed

Debtor has prepared an amended Schedule D reflecting these corrections and is ready to file it.

4. No Prejudice to Creditors

The proposed correction will not prejudice any creditor or party in interest:

The amendment is timely, filed before [date of the 341 meeting, claims bar date, or other relevant deadline], if applicable.

No party will lose rights due to the correction—especially since the correct secured claim is being asserted (or incorrect classification is being corrected).

5. Legal Basis

Under FRBP 1009(a), a debtor may amend schedules any time before the case is closed.

Under FRBP 9024, which incorporates Fed. R. Civ. P. 60(a), the Court may correct clerical mistakes, oversights, or omissions in judgments, orders, or other filings.

6. Request

Debtor requests the Court:

a. Order that Schedule D be corrected as specified;

b. Permit the Debtor to file the amended Schedule D, along with any required amendments to other schedules if reclassification is involved;

c. Find that this correction is a clerical error and that no extra fee is required (if local rules allow) or, if a fee is required, allow for payment;
d. Any further relief the Court deems just and proper.

---

Respectfully submitted,
Date: 06-11-26

Debtor 1 ______ First Name Middle Name Last Name    Case number (if known) ______

**Part 1: Additional Page**

**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.**

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|

☐ IRS
Creditor's Name
Ogden UT
Number Street

City State ZIP Code 84201-0030

**Describe the property that secures the claim:** $ 65,124.08 $ ______ $ ______

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** ______

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) ______

**Last 4 digits of account number** 0 4 5 9

☐ Colorado Dept Rev
Creditor's Name

Number Street

Denver 80217
City State ZIP Code

**Describe the property that secures the claim:** $ 26,182.00 $ ______ $ ______

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** ______

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) ______

**Last 4 digits of account number** 0 4 5 9

☐ ______
Creditor's Name
______
Number Street
______
______
City State ZIP Code

**Describe the property that secures the claim:** $ ______ $ ______ $ ______

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** ______

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) ______

**Last 4 digits of account number** ___ ___ ___ ___

**Add the dollar value of your entries in Column A on this page. Write that number here:** $ 91,306.08

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** $ 91,306.08

Debtor 1 ______________________________ Case number (if known)____________
First Name Middle Name Last Name

**Part 1:** **Additional Page**
**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.**

*Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any

☐ IRS
Creditor's Name
Ogden Ut
Number Street
84201-0030

City State ZIP Code

**Describe the property that secures the claim:** $ 65124.03 $______ $______

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) ______

**Date debt was incurred** ______ **Last 4 digits of account number** 0459

☐ Colorado Dept of Revue
Creditor's Name
Denver 20217
Number Street

City State ZIP Code

**Describe the property that secures the claim:** $26182.00 $______ $______

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) ______

**Date debt was incurred** ______ **Last 4 digits of account number** ___ ___ ___ ___

☐ ______
Creditor's Name
______
Number Street

City State ZIP Code

**Describe the property that secures the claim:** $______ $______ $______

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) ______

**Date debt was incurred** ______ **Last 4 digits of account number** ___ ___ ___ ___

**Add the dollar value of your entries in Column A on this page. Write that number here:** $______

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** $ 91,306.03