FILED
CLERK OF COURT
JUN 11 2026
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

Michelle D. Lee
15430 Fairway Dr. Commerce City Co. 80022

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
In re: Michelle D. Lee Expressed Grantor
Case No. __26-14100-KHT__________
**Chapter 11 / Subchapter V**
**DEBTOR'S OBJECTION TO THE USE OF INADMISSIBLE EVIDENCE**

**Debtor, Michelle D. Lee appearing pro se / by counsel, respectfully objects in advance to the admission, consideration, and reliance upon any inadmissible evidence offered by any party in this matter.**
**In support of this Objection, Debtor states as follows:**

**1. Debtor objects to any evidence that is inadmissible under the Federal Rules of Evidence, the Federal Rules of Bankruptcy Procedure, and applicable local rules.**

**2. This objection includes, without limitation:**
**a. hearsay;**
**b. unauthenticated documents;**
**c. documents lacking foundation;**
**d. statements not based on personal knowledge;**
**e. speculative assertions;**
**f. legal conclusions presented as fact;**
**g. misleading, incomplete, or unfairly prejudicial evidence;**
**h. duplicate or cumulative exhibits offered without proper basis;**
**i. any declaration, affidavit, or testimony that fails to satisfy the requirements of admissibility.**

**3. Debtor further objects to any document, declaration, or testimony that has not been properly supported by a witness competent to testify as to its authenticity, accuracy, and foundation.**

**4. Debtor requests that the Court exclude all inadmissible evidence from consideration and give it no evidentiary weight.**

**5. To the extent any party seeks to rely on such evidence, Debtor requests a ruling on admissibility before the Court considers the substance of the evidence.**

**WHEREFORE, Debtor respectfully requests that the Court:**

**A. Sustain this Objection;**
**B. Exclude all inadmissible evidence from consideration;**
**C. Give no weight to any evidence that is not properly admissible;**
**D. Grant such other and further relief as the Court deems just and proper.**

**Dated: [Date]** 06-11-26

**Respectfully submitted,**

______________________________
**[Your Name]**

Michelle D. Lee
15430 Fairway Dr. Commerce City Co. 80022

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
In re: Michelle D. Lee Expressed Grantor
Case No. __26-14100-KHT__________
**Chapter 11 / Subchapter V**
NOTICE OF RIGHT TO OBJECT

PLEASE TAKE NOTICE that Debtor has filed a Motion to DEBTOR'S OBJECTION TO THE USE OF INADMISSIBLE EVIDENCE
Any objection to this Motion must be filed and served within 14 days, of the date of this motion in accordance with Local Rule L.B.R. 5011-1.

This Motion has been served on all required parties, including the U.S. Trustee, the case trustee if any, those requesting notice, the 20 largest unsecured creditors, and all parties against whom relief is sought.

Dated: 06/11/26

Respectfully submitted,
Michelle D. Lee

Michelle D. Lee
15430 Fairway Dr. Commerce City Co. 80022
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
In re: Michelle D. Lee Expressed Grantor
Case No. __26-14100-KHT__________
**Chapter 11 / Subchapter V**

PROPOSED ORDER SUSTAINING DEBTOR'S OBJECTION TO THE USE OF INADMISSIBLE EVIDENCE

IT IS HEREBY ORDERED THAT:

1. Debtor's Objection to the Use of Inadmissible Evidence is SUSTAINED.

2. Any evidence that is inadmissible under the Federal Rules of Evidence, the Federal Rules of Bankruptcy Procedure, or applicable Local Rules, including but not limited to hearsay, unauthenticated documents, materials lacking foundation, statements not based on personal knowledge, speculative assertions, legal conclusions, and otherwise incompetent evidence, shall not be considered by the Court.

3. Any party seeking to rely on documentary or testimonial evidence must first establish admissibility through proper foundation, authentication, and compliance with the applicable rules of evidence.

4. To the extent any inadmissible evidence has been submitted, such evidence is given no weight and shall not be relied upon for any findings of fact or conclusions of law.

5. This Order is without prejudice to any further objections Debtor may raise to specific evidence offered in this case.

DATED: _____________

_________________________________
UNITED STATES BANKRUPTCY JUDGE

**CERTIFICATE OF SERVICE**

**I certify that on ____________________ I served a true and correct copy of the foregoing**

**OBJECTION TO FINAL JURISDICTION OF BANKRUPTCY COURT**

**(Non-Consent to Final Order / Judgment Under Stern / Article III)**

**DEBTOR'S OBJECTION TO THE USE OF INADMISSIBLE EVIDENCE**

**[Title of Document] by [method of service: U.S. Mail**

**upon the following parties at the addresses listed below:**

**15430 Fairway Dr., Commerce City, CO 80022 Adams County**

**Creditor / Counsel: Randall S. Miller & Associates, P.C. - CO**

**Contact / Addressee: Aricyn Dall**

**Address: 216 16th Street, Suite 1210, Denver, CO 80202**

**Abbey Ulsh Dreher**

**Bonial & Associates, PC**

**14841 Dallas Parkway**

**Suite 300**

**Dallas, TX 75254**

**512-241-9699 Email: abbey.dreher@bonialpc.com**

**16480 Fairway Dr., Commerce City, CO 80022 (Bellco) Adams County**

**Creditor: Bellco Credit Union**

**Counsel / Addressee: Janeway Law Firm, P.C. / Allison April**

**Address: 9540 Maroon Circle, Suite 320, Englewood, CO 80112**

**16480 Fairway Dr., Commerce City, CO 80022 (Nationstar) Adams County**

**Creditor / Servicer: Nationstar (Mr. Cooper)**

**Contact / Addressee: Rachael S.**

**Address: 4004 Beltline Rd, Suite 100, Addison, TX 75001**

**Property address 25572 E. 5th Aurora Co. 80018 Arapahoe county**

**(Wilmington Savings Fund / Shellpoint)**

**Creditor / Servicer: Wilmington Savings Fund Society, c/o NewRez LLC d/b/a Shellpoint Mortgage Servicing**

**1.Address: PO Box 10826, Greenville, SC 29603-0826**

**2. Addressee:HEATHER L. DEERE; HALLIDAY, WATKINS & MANN, P.C. Heather L. Deere, #28597**

**Address: 355 Union Blvd., Suite 250, Lakewood, CO 80228**

**Federal Building : Byron G. Rogers Federal Building, 1961 Stout St., Ste. 12-200, Denver, CO 80294**

Kalamata / Purchaser (opposing party)

Purchaser's counsel: Robert Gregory Busch, RG Busch, PLLC

Address: P.O. Box 3931, Greenwood Village, CO 80155

Notes: Counsel for Kalamata Capital Group, LLC — include in demand and Certificate of Service.

Servicer / Agent (identified contact)

Corporate Servicer: Berkovitch & Bouskila (or servicer contact)

Contact: Ariel Bouskila, Partner

Address: 1545 Route 202, Suite 101, Pomona, NY 10970Phone: 212-729-1477Email: ari@bblawpllc.com