Michelle D. Lee
15430 Fairway Dr. Commerce City Co. 80022

FILED
CLERK OF COURT
JUN 11 2026
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: Michelle D. Lee Expressed Grantor
Case No. __26-14100-KHT__________
Chapter 11

OBJECTION TO FINAL JURISDICTION OF BANKRUPTCY COURT
(Non-Consent to Final Order , final determination on those issues / Judgment Under Stern / Article III)

COMES NOW Michelle D. Lee and respectfully states:

1. I hereby object to the entry of any **final order or judgment** in any contested matters by the Bankruptcy Court, and I do not consent to Bankruptcy Court to exercise jurisdiction to issue final adjudication of all matters.

2. Any contested matters involving property rights / removal of judicial lien / constitutional due process / conflict of interest,Instrument mortgage, deed of trust,Ownership rights, Equitable title, Corporation assignment of deed of trust, assignment of deed of trust,
which under the U.S. Constitution (Article III) and Supreme Court precedent in *Stern v. Marshall*, *Wellness Int'l Network v. Sharif*, and related authorities, cannot be finally determined by a non-Article III judge without consent.

3. I request that under Local Rule D.C.COLO.LCivR 84.1(b), if this matter Is non- core issues, the Bankruptcy Court must submit proposed findings of fact and conclusions of law to the District Court, rather than issue final order or judgment itself.

4. Additionally, I move for withdrawal of the reference of this matter to the Bankruptcy Court under 28 U.S.C. § 157(d) so that an Article III judge may adjudicate it.

WHEREFORE, I respectfully request that:

a. The Court recognize this non-consent to final adjudication by the Bankruptcy Court in this matter;

b. No final order or judgment be entered by the Bankruptcy Court on this issue;

c. Proposed findings and conclusions be submitted to the U.S. District Court under Local Rule 84.1(b), or that the reference be withdrawn so the District Court may issue final rulings;

d. Such other relief as the Court deems just and proper.

Dated: [date] 6/11/26

Michelle D. Lee
15430 Fairway Dr. Commerce City Co. 80022

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: Michelle D. Lee Expressed Grantor

Case No. __26-14100-KHT__________

**Chapter 11 / Subchapter V**

**PROPOSED ORDER RE: DEBTOR'S OBJECTION TO FINAL JURISDICTION OF BANKRUPTCY COURT (NON-CONSENT TO FINAL ORDER / JUDGMENT UNDER STERN / ARTICLE III)**

**Upon consideration of Debtor's Objection to Final Jurisdiction of Bankruptcy Court (Non-Consent to Final Order / Judgment Under Stern / Article III), and any response thereto, and after due consideration, the Court ORDERS as follows:**

**1. Debtor's objection to final adjudication by the Bankruptcy Court of any non-core matter is noted and preserved.**

**2. To the extent the issues presented are determined to be non-core, the Bankruptcy Court shall not enter final judgment or final order on those issues absent the express consent of all required parties.**

**3. To the extent the Bankruptcy Court determines that any issue is core but constitutionally non-final under Stern v. Marshall or related authority, the Bankruptcy Court shall issue only proposed findings of fact and conclusions of law for review by the District Court, unless otherwise authorized by law.**

**4. Debtor's non-consent to final adjudication by the Bankruptcy Court on non-core issues is preserved.**

**5. This Order is without prejudice to Debtor's right to seek withdrawal of the reference, abstention, or any other appropriate relief.**

**DATED: ______________________**

______________________________________

**UNITED STATES BANKRUPTCY JUDGE**

Michelle D. Lee
15430 Fairway Dr. Commerce City Co. 80022
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
In re: Michelle D. Lee Expressed Grantor
Case No. __26-14100-KHT__________
**Chapter 11 / Subchapter V**
NOTICE OF RIGHT TO OBJECT

PLEASE TAKE NOTICE that Debtor has filed a Motion to OBJECTION TO FINAL JURISDICTION OF BANKRUPTCY COURT
(Non-Consent to Final Order , final determination on those issues / Judgment Under Stern / Article III)

Any objection to this Motion must be filed and served within 14 days, of the date of this motion in accordance with Local Rule L.B.R. 5011-1.

This Motion has been served on all required parties, including the U.S. Trustee, the case trustee if any, those requesting notice, the 20 largest unsecured creditors, and all parties against whom relief is sought.

Dated: 06/11/26

Respectfully submitted,

______________________________

**CERTIFICATE OF SERVICE**

**I certify that on ____________________ I served a true and correct copy of the foregoing**

**OBJECTION TO FINAL JURISDICTION OF BANKRUPTCY COURT**

**(Non-Consent to Final Order / Judgment Under Stern / Article III)**

**DEBTOR'S OBJECTION TO THE USE OF INADMISSIBLE EVIDENCE**

**[Title of Document] by [method of service: U.S. Mail**

**upon the following parties at the addresses listed below:**

**15430 Fairway Dr., Commerce City, CO 80022 Adams County**

**Creditor / Counsel: Randall S. Miller & Associates, P.C. - CO**

**Contact / Addressee: Aricyn Dall**

**Address: 216 16th Street, Suite 1210, Denver, CO 80202**

**Abbey Ulsh Dreher**

**Bonial & Associates, PC**

**14841 Dallas Parkway**

**Suite 300**

**Dallas, TX 75254**

**512-241-9699 Email: abbey.dreher@bonialpc.com**

**16480 Fairway Dr., Commerce City, CO 80022 (Bellco) Adams County**

**Creditor: Bellco Credit Union**

**Counsel / Addressee: Janeway Law Firm, P.C. / Allison April**

**Address: 9540 Maroon Circle, Suite 320, Englewood, CO 80112**

**16480 Fairway Dr., Commerce City, CO 80022 (Nationstar) Adams County**

**Creditor / Servicer: Nationstar (Mr. Cooper)**

**Contact / Addressee: Rachael S.**

**Address: 4004 Beltline Rd, Suite 100, Addison, TX 75001**

**Property address 25572 E. 5th Aurora Co. 80018 Arapahoe county**

**(Wilmington Savings Fund / Shellpoint)**

**Creditor / Servicer: Wilmington Savings Fund Society, c/o NewRez LLC d/b/a Shellpoint Mortgage Servicing**

**1.Address: PO Box 10826, Greenville, SC 29603-0826**

**2. Addressee:HEATHER L. DEERE; HALLIDAY, WATKINS & MANN, P.C. Heather L. Deere, #28597**

**Address: 355 Union Blvd., Suite 250, Lakewood, CO 80228**

**Federal Building : Byron G. Rogers Federal Building, 1961 Stout St., Ste. 12-200, Denver, CO 80294**

Kalamata / Purchaser (opposing party)

Purchaser's counsel: Robert Gregory Busch, RG Busch, PLLC

Address: P.O. Box 3931, Greenwood Village, CO 80155

Notes: Counsel for Kalamata Capital Group, LLC — include in demand and Certificate of Service.

Servicer / Agent (identified contact)

Corporate Servicer: Berkovitch & Bouskila (or servicer contact)

Contact: Ariel Bouskila, Partner

Address: 1545 Route 202, Suite 101, Pomona, NY 10970Phone: 212-729-1477Email: ari@bblawpllc.com