IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRIC OF COLORADO

IN RE:

Case No. 26-14100-KHT
Chapter 11

Michelle Deon Lee

Debtor(s).

**REQUEST FOR ALL NOTICES**

COMES NOW Heather L. Deere, on behalf of New American Funding, LLC, and hereby requests to receive notice of all pleadings, notices, motions, orders, applications, and other documents filed and/or served in this case pursuant to Local Bankruptcy Rule 9036-1.

Dated: June 15, 2026

Respectfully Submitted,

Halliday, Watkins & Mann, P.C.

/s/ Heather L. Deere

Heather L. Deere, #28597
355 Union Boulevard, Suite 250
Lakewood, CO 80228
(303) 274-0155/(303) 274-0159 (fax)
bankruptcyco@hwmlawfirm.com
File No. CO23159

**CERTIFICATE OF SERVICE**

The undersigned certifies that on June 15, 2026, copies of the Request for All Notices were electronically served via the Court's CM/ECF electronic service system pursuant to L.B.R. 9036-1(a) on the following:

Kevin Neiman Trustee
Subchapter V Trustee
*via CM/ECF*

U.S. Trustee
*via CM/ECF*

Alison Goldenberg
Attorney for U.S. Trustee
*via CM/ECF*

The undersigned certifies that on June 15, 2026, copies of the Request for All Notices were served via U.S. Mail, postage prepaid, on all parties against whom relief is sought and those otherwise entitled to service pursuant to Fed.R.Bankr.P. and these L.B.R. at the following addresses:

Michelle Deon Lee
16480 Fairway Dr
Commerce City, CO 80022

*/s/ Peggy Stilwell*