**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

In re:

MICHELLE DEON LEE,

     Debtor.

Case No. 26-14100 KHT
Chapter 11

## ORDER DENYING MOTION

THIS MATTER came before the Court on the *Motion to Extend Time to Respond to Notice of Deficiencies, for Clarification of Trustee Assignment, and to Confirm DIP Status* (the "Motion," docket #31), filed by Debtor Michelle Deon Lee ("Ms. Lee"), pro se.

To the extent the Motion requests an extension of time to comply with any pending deadline, the Motion is denied. Bankruptcy cases are designed to move quickly, and pro se parties are expected to comply with the same rules and procedures that apply to all litigants.

To the extent the Motion requests legal advice or other advice, the Motion will be denied. The Court recommends Ms. Lee retain qualified bankruptcy counsel from whom she may obtain clarification or explanation of applicable rules and provisions of the Bankruptcy Code.

Finally, to the extent the Motion requests any other relief, it will be denied for lack of good cause shown.

Accordingly, it is

HEREBY ORDERED that the Motion is DENIED.

Dated June 23, 2026

BY THE COURT:

Kimberley H. Tyson
United States Bankruptcy Judge