IN THE UNITED STATES BANKRUPTCY COURT

In re:MICHELLE DEON LEE Cestui Que Vie" trust am I not Act of 1666 The cestui que trust is the beneficiary with an equitable interest in the trust. The trustee holds the legal title and is responsible for managing the trust assets.

15430 Fairway Dr. Commerce City Co. 80022

Michelle D. Lee  Executor,  Expressed Grantor /Beneficiary Am I not

Case No. 26-14100-KHT

Chapter 11 — Subchapter V

Emaile:mlee.yourrightsmatter@gmail.com

Formal Notice of Capacity, Estate for MICHELLE DEON LEE trust and Demand for Proof of Authority from the courts to administer assets.

To: Court / Trustee: Denver/Judiciary

Re: Property located at

16480 Fairway dr. Commerce City Co. 80022

5031 N.Quemoy  Aurora Co. 80019

4328 Andes way Denver  Co. 80022

25572 5th pl Aurora Co. 80018

15430 Fairway dr. Commerce City 80022

vehicle registration

2021 Jeep Rubicon 2017 Poliris Slingshot

2022 Maserati Leventa2019 Dodge Ram

My inherent Children Mikaylah Hall ,Jonathan Winston Hall

All known and unknown insurance policies.



This Notice is given by me, Michelle D. Lee  as the recorded owner and beneficiary with beneficial sovereign interest in the above-referenced property and trust/estate. Per chain of title, I am the owner beneficiary per birth certificate  and per  Motor registration.You are an inter meddler  trust  De Son tort  please prove your authority to regulate it. My birth certificate is evidence of MICHELLE DEON LEE trust is attached to this Formal Notice.I am not lost at sea. 31CFR 363.6

Minor means an individual under the age of 18. The term minor is also used to refer to an individual who has attained the age of 18 years and not yet taken control of the securities contained in his or her minor account.

In order to proceed I first require the court to recognize, I am here in special appearance as the "Beneficial equitable title holder, Expressed Grantor,Expressed Beneficiary,

I appear specially in this matter solely in my capacity as the beneficial equitable title holder with respect to the Named Trust in this action, MICHELLE DEON LEE .

I further state that I am an adult of majority age and appear only in that capacity.

I file this Bill of Complaint in Equity and demand that the Court recognize and enforce my equitable rights.

The state failed to notify me of the trust for Michelle DDEON LEE trust creation, trustee acceptance, accounting, distribution, amendment, hearings under
I hereby direct the trustee/court to fulfill its fiduciary duties and to render and settle all accounts relating to the trust as required by law and equity. I also assert and reserve my rights of subrogation in connection with this matter
I give notice of the following facts and demands:

I do not consent to final adjudication by the magistrate judge. I request that any final orders be entered by an Article III judge.

6.  Trust ownership must be established before further action is taken, including production of the trust instrument, identification of the trustee and beneficiaries, proof of authority to act, and documentation showing the chain of title and current ownership status of the property. Capacity and  Executor,  Expressed Grantor Beneficiary Am I not  I recognize the court as the trustee.

7.  I am the beneficial and equitable title holder . I am Executor,  Expressed Grantor /Beneficiary Am I not  I recognize the court as the trustee. Of the property per the chain of title and recorded public records, Gods Law , the constitution , including on Federal  record un-contested Public record  in the dismissed Bankruptcy Case No. [24-16918_.(Oath  of Coronation act  1688)  the Monarch has failed the oath this is formal notice of my capacity and interest.

8.  I require this court under 1688 mandate to administer equity to the laws and customs .

9.  Role of administrative committee/draft statues not common Law .Boundary to manage public assets not Public beneficiaries.

10. The Anchor no one gives what he does not have. You cannot delegate a power you do not possess to Bill of rights 1688.

Chapter 11 compliance requires production and review of all financial records relevant to case administration, claim treatment, and plan confirmation, I will file or supplement any required disclosures as soon as practicable
 Request for Copies of All Surety Bonds Involving MICHELLE DEON LEE ,
I am  requesting certified copies of all surety bonds, bond applications, underwriting documents,UCC-1 financing statements, and related bond records in which I, MICHELLE DEON LEE, are named as a principal,surety. This request includes, but is not limited to:

Bond forms and schedules

Bonding company name(s) and contact information

Bond numbers and effective/termination dates

Indemnity agreements and applications for bond

Court orders or agency actions regarding bond issuance, substitution, or discharge

Please search your records for the time period: 11/30/1970 to the current date . If you require any additional identifying information (such as date of birth, driver's license number, or case numbers), please contact me at the  email above.

This Notice is not a waiver of any rights or remedies and is provided without prejudice.

I will cooperate with the State,  and any relevant parties to effectuate the release of surety, including providing any required documents.

Respectfully submitted

# City of Houston, Texas

CERTIFICATE OF BIRTH

**STATE OF TEXAS**

TEXAS DEPARTMENT OF HEALTH — BUREAU OF VITAL STATISTICS

| | |
|---|---|
| 1. PLACE OF BIRTH | 2. USUAL RESIDENCE OF MOTHER [Where does mother live?] |
| a. COUNTY  Harris | a. STATE  Texas  b. COUNTY  Harris |
| b. CITY OR TOWN  Houston | c. CITY OR TOWN  Houston |
| c. NAME OF HOSPITAL OR INSTITUTION  Jefferson Davis Hospital | d. STREET ADDRESS  719 East 5 1/2 |
| d. IS PLACE OF BIRTH INSIDE CITY LIMITS?  YES ☒  NO ☐ | e. IS RESIDENCE INSIDE CITY LIMITS?  YES ☒  NO ☐  f. IS RESIDENCE ON A FARM?  YES ☐  NO ☒ |

**CHILD**

- 3. NAME: Michelle Deon Lee
- 5. SEX: Female
- 6a. THIS BIRTH: SINGLE ☒  TWIN ☐  TRIPLET ☐
- 4. DATE OF BIRTH

**FATHER**

- 7. NAME
- 9. AGE [At time of this birth]  YEARS
- 10. BIRTHPLACE
- 11a. USUAL OCCUPATION
- 11b. KIND OF BUSINESS OR INDUSTRY
- COLOR OR RACE: Negro

**MOTHER**

- 12. MAIDEN NAME: Ida Marie Lee
- 14. AGE [At time of this birth]  19 YEARS
- 15. BIRTHPLACE: Texas
- 16. CHILDREN PREVIOUSLY BORN TO THIS MOTHER
  - a. How many OTHER children are now living?  0
  - b. How many OTHER children were born alive but are now dead?  0
  - c. How many children were born dead?  0

17. INFORMANT: Ida Marie Lee

18. I hereby certify that this child was born alive at the date stated above  9:42 A.M.

19a. ATTENDANT'S SIGNATURE: S. T. Ellis

19b. ATTENDANT'S ADDRESS: Houston, Texas

18. ATTENDANT AT BIRTH: M.D. ☒  D.O. ☐  MIDWIFE ☐  OTHER ☐

DATE SIGNED: 11-30-70

Jefferson Davis Hospital

20a. REGISTRAR'S FILE NO.  30482

20b. DATE REC'D BY LOCAL REGISTRAR  DEC. 9, 1970

---

4026135

CERTIFIED COPY OF VITAL RECORDS

STATE OF TEXAS ) ss
COUNTY OF HARRIS )

DATE ISSUED  AUG 0 7 2001

R. W. Hanks
R. W. Hanks, Registrar
BUREAU OF VITAL STATISTICS

This is a true and exact reproduction of the document officially registered and placed on file in the BUREAU OF VITAL STATISTICS, HOUSTON HEALTH AND HUMAN SERVICES DEPARTMENT.

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar. LAMINATION MAY VOID CERTIFICATE.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE





UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF COLORADO
In re:
Michelle D. Lee Executor,  Expressed Grantor /Beneficiary Am I not
 Case No. 26-14100-KHT
Chapter 11 — Subchapter V
PROPOSED ORDER CONFIRMING MICHELLE DEON LEE TRUST
The Court, having considered  (Michelle D. Lee)  Formal notice  to Confirm the
MICHELLE DEON LEE TRUST any responses thereto, the record in this case, and being
otherwise fully advised in the premises, finds and concludes as follows:
FINDINGS AND CONCLUSIONS

1.  The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and
    157. This is a core proceeding under 28 U.S.C. § 157(b).
2.  Proper and adequate notice of the Formal notice  and the hearing thereon has
    been given in accordance with the Bankruptcy Code, the Federal Rules of
    Bankruptcy Procedure, and the Local Rules of this Court, and no other or further
    notice is required.
3.  The Court finds that the MICHELLE DEON LEE Trust (the "Trust"), as presented in
    the formal notice and accompanying documents, meets the applicable legal
    requirements for confirmation and is consistent with the rights and obligations
    under the Bankruptcy Code, subject to the terms below.
4.  The Trust instrument and any amendments identified in the Motion were
    provided to interested parties and to the Court as required, and are acceptable
    for confirmation on the terms set forth herein.
5.  The relief requested in the Motion is in the best interests of the estate and
    creditors, and promotes the efficient administration of estate assets consistent
    with Subchapter V objectives.


IT IS HEREBY ORDERED THAT:

1.  The Motion to Confirm the Michelle Deon LeeTrust is GRANTED as set forth
    herein.
2.  The Court confirms the MICHELLE DEON LEE TRUST as the estate planning
    document and mechanism for administration of the assets described in the
    Motion and supporting exhibits, subject to the provisions of this Order and
    applicable law.

3. The Trust shall be deemed the authorized instrument for administration of the Trust assets noted in the formal notice  and the Trustee/Trust Administrator named in the Trust instrument is authorized to act in accordance with the terms of the Trust and applicable state and federal law.

4. The Trustee/Trust Administrator shall have the authority to collect, preserve, manage, and dispose of Trust assets, to pay Trust liabilities and administrative expenses, and to perform any acts necessary to carry out the Trust's terms, subject to any limitations set forth in the confirmed Trust instrument or this Court's orders.

5. Any person or entity holding, controlling, or having possession of property of the Trust or otherwise owing duties or obligations to the Trust is authorized and directed to comply with requests of the Trustee/Trust Administrator to turnover records and assets of the Trust, subject to any applicable legal privileges or other protections.

6. To the extent required by applicable law, the Trustee/Trust Administrator shall promptly file any notices, reports, or accountings required by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, or Local Rules of this Court.

Dated: _____, **20**
BY THE COURT:

The Honorable Katherine H. Tian (or other presiding judge)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
15430 Fairway Dr. Commerce City Co. 80022
In re:   Michelle D. Lee   Expressed Grantor
UNITED STATES BANKRUPTCY COURT
NOTICE OF MOTION

TO: U.S. Trustee, Subchapter V Trustee, all creditors and parties in interest

PLEASE TAKE NOTICE that on 06/29/2026 the debtor filed a motion to extend notice Formal notice
of Capacity seeking relief under 11 U.S.C. § 1112(b) and other authorities.

Deadline to File Objection: Any objection to the Motion must be filed with the Court and served on
the debtor on or  before **14 days** from the date of service of this Notice pursuant to L.B.R.
2081-3(b)(1). (This short notice period is permitted under Colorado's rules.) Date 07/14/26
If no objection is timely filed, submitted and served, the Court may grant the Motion without oral
hearing, upon filing of a **Certificate of Non-Contested Matter**, in accordance with L.B.R.
2081-3(b)(3)(C).
Dated: _____

Respectfully submitted,
Debtor-in-Possession

**CERTIFICATE OF SERVICE** *07 -07 -00*

I certify that on ___06/16/26 I served a true and correct copy of the foregoing

Notice of capacity

 U.S Postage mail

upon the following parties at the addresses listed below:

**15430 Fairway Dr., Commerce City, CO 80022 Adams County**

   **Creditor / Counsel: Randall S. Miller & Associates, P.C. - CO**

   **Contact / Addressee: Aricyn Dall**

   **Address: 216 16th Street, Suite 1210, Denver, CO 80202**

**Abbey Ulsh Dreher**

**Bonial & Associates, PC**

**14841 Dallas Parkway**

**Suite 300**

**Dallas, TX 75254**

**512-241-9699  Email: abbey.dreher@bonialpc.com**

   **Creditor: Bellco Credit Union**

   **Counsel / Addressee: Janeway Law Firm, P.C. / Allison April**

   **Address: 9540 Maroon Circle, Suite 320, Englewood, CO 80112**


   **Creditor / Servicer: Nationstar (Mr. Cooper)**

   **Contact / Addressee: Rachael S.**

   **Address: 4004 Beltline Rd, Suite 100, Addison, TX 75001**

   **New American**

   **Address: PO Box 10826, Greenville, SC 29603-0826**

   **2. Addressee:HEATHER L. DEERE; HALLIDAY, WATKINS & MANN, P.C. Heather L. Deere, #28597**

   **Address: 355 Union Blvd., Suite 250, Lakewood, CO 80228**

   **Federal Building : Byron G. Rogers Federal Building, 1961 Stout St., Ste. 12-200, Denver, CO 80294**

Kalamata / Purchaser (opposing party)

   Purchaser's counsel: Robert Gregory Busch, RG Busch, PLLC

   Address: P.O. Box 3931, Greenwood Village, CO 80155

   Notes: Counsel for Kalamata Capital Group, LLC — include in demand and Certificate of Service.

Servicer / Agent (identified contact)

   Corporate Servicer: Berkovitch & Bouskila (or servicer contact)

   Contact: Ariel Bouskila, Partner

   Address: 1545 Route 202, Suite 101, Pomona, NY 10970Phone: 212-729-1477Email: ari@bblawpllc.com