**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>MICHELLE DEON LEE,<br><br>Debtor. | Case No. 26-14100 KHT<br>Chapter 11 |

**JUDGMENT**

The above-captioned matter came before the Court on its own review of the file, following the Court's issuance of an Order to Show Cause (docket #27) and the Debtor's filing of a Response thereto (docket #35). The issues have been determined, and a decision has been rendered. In accordance with the Order issued by this Court concurrently herewith,

IT IS ORDERED AND ADJUDGED that the above-captioned case is DISMISSED WITH PREJUDICE for 180 days.

IT IS FURTHER ORDERED AND ADJUDGED that the Clerk of Court is directed to refuse to accept any new bankruptcy petition filed by or on behalf of Ms. Lee within the next 180 days.

Dated: July 21, 2026

FOR THE COURT:

Kenneth S. Gardner, Clerk of Court

By: ______________________
Deputy Clerk

APPROVED AND ACCEPTED:

By: ______________________
Kimberley H. Tyson
United States Bankruptcy Judge