FILED
CLERK OF COURT
AUG 3 - 2026
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:

MICHELLE DEON LEE, Case No. 26-14100-KHT
Debtor. Chapter 11, Subchapter V

DEBTOR'S MOTION TO RECONSIDER, VACATE, OR AMEND THE ORDER DISMISSING CASE WITH PREJUDICE TO THE EXTENT IT IMPOSES A 180-DAY BAR UNDER 11 U.S.C. § 109(g)(2)

Debtor, Michelle Deon Lee, respectfully moves this Court to reconsider, vacate, or amend the Order Dismissing Case With Prejudice entered July 21, 2026, to the extent the Order imposes a 180-day bar to refiling under 11 U.S.C. § 109(g)(2). Plaintiff's inalienable rights to property, fairness, and due process and statutory rules are in direct conflict with Gods Law. In support, Debtor states as follows:

1. The Court's Order concludes that Debtor is ineligible to be a debtor for 180 days under 11 U.S.C. § 109(g)(2).

2. Debtor respectfully objects to that conclusion because the facts do not establish the specific statutory requirements for application of § 109(g)(2).

3. Section 109(g)(2) is a narrow disqualification provision and should be applied only when the statute's specific conditions are actually met.

4. The statute requires a factual connection between a request for relief from the automatic stay and the debtor's voluntary dismissal of a prior case.

5. Here, the relevant timeline does not establish that required connection.

6. In the Second Case, relief from stay was granted to certain creditors during 2025.

7. The Second Case later continued through entry of Debtor's Chapter 7 discharge on February 24, 2026.

8. The Second Case was not closed until April 24, 2026.

8-3-26

## CERTIFICATE OF SERVICE

**I certify that on ______06/16/26I served a true and correct copy of the foregoing [Title of Document] by [method of service: U.S. Mail upon the following parties at the addresses listed below: Objection to dismissal**

**15430 Fairway Dr., Commerce City, CO 80022 Adams County**

**Creditor / Counsel: Randall S. Miller & Associates, P.C. - CO**
**Contact / Addressee: Aricyn Dall**
**Address: 216 16th Street, Suite 1210, Denver, CO 80202**

**Abbey Ulsh Dreher**
**Bonial & Associates, PC**
**14841 Dallas Parkway**
**Suite 300**
**Dallas, TX 75254**
**512-241-9699 Email: abbey.dreher@bonialpc.com**

**Creditor: Bellco Credit Union**
**Counsel / Addressee: Janeway Law Firm, P.C. / Allison April**
**Address: 9540 Maroon Circle, Suite 320, Englewood, CO 80112**

**Creditor / Servicer: Nationstar (Mr. Cooper)**
**Contact / Addressee: Rachael S.**
**Address: 4004 Beltline Rd, Suite 100, Addison, TX 75001**
**New American**
**Address: PO Box 10826, Greenville, SC 29603-0826**
**2. Addressee:HEATHER L. DEERE; HALLIDAY, WATKINS & MANN, P.C. Heather L. Deere, #28597**
**Address: 355 Union Blvd., Suite 250, Lakewood, CO 80228**
**Federal Building : Byron G. Rogers Federal Building, 1961 Stout St., Ste. 12-200, Denver, CO 80294**

Kalamata / Purchaser (opposing party)

Purchaser's counsel: Robert Gregory Busch, RG Busch, PLLC
Address: P.O. Box 3931, Greenwood Village, CO 80155
Notes: Counsel for Kalamata Capital Group, LLC — include in demand and Certificate of Service.

Servicer / Agent (identified contact)

Corporate Servicer: Berkovitch & Bouskila (or servicer contact)
Contact: Ariel Bouskila, Partner
Address: 1545 Route 202, Suite 101, Pomona, NY 10970Phone: 212-729-1477Email: ari@bblawpllc.com

Michelle D. Lee
15430 Fairway Dr. Commerce City Co. 80022

FILED
CLERK OF COURT
JUN 11 2026
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

COPY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: Michelle D. Lee Expressed Grantor
Case No. __26-14100-KHT__________
Chapter 11

OBJECTION TO FINAL JURISDICTION OF BANKRUPTCY COURT
(Non-Consent to Final Order , final determination on those issues / Judgment Under Stern / Article III)

COMES NOW Michelle D. Lee and respectfully states:

1. I hereby object to the entry of any **final order or judgment** in any contested matters by the Bankruptcy Court, and I do not consent to Bankruptcy Court to exercise jurisdiction to issue final adjudication of all matters.

2. Any contested matters involving property rights / removal of judicial lien / constitutional due process / conflict of interest,Instrument mortgage, deed of trust,Ownership rights, Equitable title, Corporation assignment of deed of trust, assignment of deed of trust, which under the U.S. Constitution (Article III) and Supreme Court precedent in *Stern v. Marshall*, *Wellness Int'l Network v. Sharif*, and related authorities, cannot be finally determined by a non-Article III judge without consent.

3. I request that under Local Rule D.C.COLO.LCivR 84.1(b), if this matter Is non- core issues, the Bankruptcy Court must submit proposed findings of fact and conclusions of law to the District Court, rather than issue final order or judgment itself.

4. Additionally, I move for withdrawal of the reference of this matter to the Bankruptcy Court under 28 U.S.C. § 157(d) so that an Article III judge may adjudicate it.

| | | |
|---|---|---|
| | | 06/08/2026) |
| 06/09/2026 | | Entry re: Prior Filing(s) for debtor Michelle Deon Lee Case Number 24-15482, Chapter 13 filed in Colorado Bankruptcy Court on 09/17/2024 , Dismissed for Other Reason on 10/04/2024; Case Number 24-16918, Chapter 7 filed in Colorado Bankruptcy Court on 11/20/2024 , Standard Discharge on 02/24/2026.(Admin) (Entered: 06/09/2026) |
| 06/09/2026 | 6 (2 pgs; 2 docs) | Notice of Appointment of Subchapter V Trustee. Trustee Kevin Neiman Trustee added to the case. Filed by Alison Goldenberg on behalf of US Trustee. (Attachments: # 1 Exhibit Trustee Verification) (Goldenberg, Alison) (Entered: 06/09/2026) |
| 06/09/2026 | 7 (1 pg) | Notice to File Credit Counseling Certification (related document(s)1 Voluntary Petition-Chapter 11). Certification of Credit Counseling due by 6/22/2026. (rp) (Entered: 06/09/2026) |
| 06/09/2026 | 8 (1 pg) | Notice of Deficiency For Omission of Information: Statement of Financial Affairs, Summary of Assets and Liabilities, Schedule C, Schedule E/F, Schedule H, Declaration Regarding Schedules, Employee Income Records and/or Statement Concerning No Employee Income Record, Disclosure Regarding Receivers, Balance Sheet, Statement of Operations, Cash-Flow Statement, Chapter 11 Federal Income Tax Return, Missing document(s) due by 06/22/2026. (related document(s)1 Voluntary Petition-Chapter 11). Document due by 6/22/2026. (rp) (Entered: 06/09/2026) |
| 06/09/2026 | 9 (3 pgs) | Notice of Chapter 11 Bankruptcy Case & Meeting of Creditors. 341(a) meeting to be held on 7/14/2026 at 09:00 AM at Telephonic Chapter 11: Phone 888-330-1716, Access Code 8602461#. Last day to oppose dischargeability is 9/14/2026. Proofs of Claim due by 8/17/2026. (jac) (Entered: 06/09/2026) |
| 06/09/2026 | 10 (2 pgs) | Order And Notice Of: (1) Status Conference Under 11 U.S.C. § 1188; And(2) Deadline For Filing Proofs Of Claim (related document(s)1 Voluntary Petition-Chapter 11). Telephonic Hearing to be held on 8/5/2026 at 10:00 AM Courtroom D for 1, . Pre-Status Conference Report due by 7/22/2026 for 1, (rxc) (Entered: 06/09/2026) |
| 06/11/2026 | 11 (3 pgs; 2 docs) | Unopposed Motion to Reschedule Hearing Filed by Kevin Neiman Trustee on behalf of Kevin Neiman Trustee (related document(s)10 Order Setting Hearing). (Attachments: # 1 Proposed/Unsigned Order) (Neiman Trustee, Kevin) (Entered: 06/11/2026) |
| 06/11/2026 | 12 (1 pg) | Certificate of Budget and Credit Counseling Course Filed by Michelle Deon Lee . (rxc) (Entered: 06/11/2026) |
| 06/11/2026 | 13 (4 pgs) | Motion To Correct Clerical Error In Schedule D Filed by Michelle Deon Lee . (rxc) (Entered: 06/11/2026) |
| 06/11/2026 | 14 (5 pgs) | Debtor's Objection To The Use Of Inadmissible Evidence Filed by Michelle Deon Lee (rxc) (Entered: 06/11/2026) |
| 06/11/2026 | 15 (5 pgs) | Objection To Final Jurisdiction Of Bankruptcy Court Filed by Michelle Deon Lee (related document(s)1 Voluntary Petition-Chapter 11). (rxc) (Entered: 06/11/2026) |
| 06/11/2026 | 16 (1 pg) | Order Granting Unopposed Motion To Reschedule Hearing (related document(s):1 Voluntary Petition-Chapter 11, 11 Motion to Reschedule |