IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF [DISTRICT]
In re: MICHELLE DEON LEE
Heir: Michelle D. Lee
Heir.
Case No. Case No. 26-14100-KHT
Chapter [7/11/13]

FILED
CLERK OF COURT
AUG 31 2026
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

FORMAL NOTICE to the court and the judge TO INVOKE MY RIGHTS to reopen the case Request Emergency Stay.

**Take Formal Judicial notice under the rules of evidence of the following:**

- **Testimony under God**
- **Affidavit of status under the United States of America .**
- **Trade mark registration with the state of Colorado and certified with the county of Adams in which I reside.**
- **Public records**

Formal notice TO REINSTATE THE AUTOMATIC STAY, OR IN THE ALTERNATIVE TO ENTER INTERIM INJUNCTIVE RELIEF PRESERVING THE STATUS QUO PENDING RESOLUTION OF BANKRUPTCY ISSUES

Heir [Name], pro se, respectfully moves the Court for entry of an order reinstating or reimposing the automatic stay, or alternatively entering interim injunctive relief preserving the status quo while the Court resolves the pending bankruptcy issues. In support, Heir states as follows:

1. Background

1. Heir previously filed bankruptcy case number [prior case number].
2. That case was [dismissed / discharged and then dismissed / converted], and the status of the stay and related issues remains central to the pending dispute.
3. Heir has now filed the above-captioned case and seeks protection of estate property and preservation of the status quo while the Court resolves the bankruptcy issues presently before it.

2. Need for relief

4. Without stay protection, creditors may pursue foreclosure, repossession, garnishment, collection, or other actions that will cause irreparable harm to Heir and may render the bankruptcy case ineffective.
5. Heir seeks only temporary relief to preserve the Court's ability to decide the pending bankruptcy issues on the merits.

3. Grounds for relief

6. Heir requests relief under the Court's equitable powers and any applicable provisions of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure.

7. Heir asserts that cause exists for relief because:

a. the pending bankruptcy issues are unresolved;

b. Heir will suffer immediate and irreparable harm absent stay protection;

c. creditors will not be substantially prejudiced by a temporary pause; and

d. preservation of the status quo will allow orderly adjudication of the case.

4. Good faith and status quo

8. Heir is not seeking relief to delay creditors indefinitely, but to allow the Court to determine the legal status of the bankruptcy case and related stay issues.

9. Heir is prepared to comply with all Court orders and filing requirements.

5. Request for relief

WHEREFORE, Heir respectfully requests that the Court enter an order:

1. reinstating or reimposing the automatic stay, or alternatively;

2. entering interim injunctive relief preserving the status quo;

3. staying all foreclosure, repossession, garnishment, and collection activity relating to Heir's property; and

4. granting such other and further relief as the Court deems just and proper.

Dated: [date] 8-31-26

Respectfully submitted,

____________________________

[Name]

IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF [DISTRICT]

.Case No. Case No. 26-14100-KHT
Chapter [7/11/13]

ORDER GRANTING EMERGENCY RELIEF

Upon Debtor's Emergency Motion, and good cause appearing, it is hereby ORDERED:

1. Debtor's Emergency Motion is GRANTED.
2. Creditors and its agents are TEMPORARILY RESTRAINED from proceeding with [foreclosure / repossession / garnishment / levy / other action] concerning property or account.
3. This Order remains in effect until further order of the Court.

DATED: ______________

BY THE COURT:

____________________________________
United States Bankruptcy Judge

RECEPTION#: 2026000050369, 8/24/2026 at 9:44 AM, 1 OF 1,
REC: $43.00
TD Pgs: 0 Josh Zygielbaum, Adams County, CO.

# FORMAL NOTICE OF CAPACITY

Colorado
Adams
In re / In the Matter of
MICHELLE DEON LEE
NOTICE OF CAPACITY
To the Court, all parties, and counsel of record
Please take notice that Michelle D Lee appears in this matter in her individual adult capacity and not as a minor
I am an adult of majority age and hereby state that I appear in this matter solely in my own capacity
Pursuant to 31CFR 363 6
Minor means an individual under the age of 18 The term minor is also used to refer to an individual who has attained the age of 18 years and not yet taken control of the securities contained in his or her minor account
pursuant to the Act of 1666 Cestui Que Vie" trust am I not Act of 1666 The cestui que trust is the beneficiary with an equitable interest in the trust The trustee holds the legal title and is responsible for managing the trust assets
15430 Fairway Dr Commerce City Co 80022
Michelle D Lee Executor, Expressed Grantor /Beneficiary Am I not
To the extent this matter involves any trust, account, or other fiduciary relationship associated with the name MICHELLE DEON LEE and Michelle D Lee, I request that the Court and any trustee or fiduciary, as applicable, provide the following

1 Identify the existence and nature of any trust and CORA and fiduciary account at issue,
2 Provide copies of any trust instrument, appointment, acceptance, amendment, or related governing documents, if any,
3 Provide a full accounting of all receipts, disbursements, distributions, and assets held or administered,
4 Identify all notices, hearings, or proceedings affecting the account or trust, if any,
5 Confirm the identity and authority of any trustee, custodian, or fiduciary acting in the matter

I further request that the Court ensure that all proceedings comply with applicable law, due process, and any fiduciary duties owed in connection with the matter
I reserve all rights and defenses available by law
Respectfully submitted,
[signature] 8-24-26
Michelle D Lee

Certified to be a full, true and correct copy of the Recorded Document consisting of ..1.... pages In my custody.
Josh Zygielbaum, Adams County Clerk & Recorder,
By: [signature] Date 8-24-26

ADAMS COUNTY COLORADO SEAL

KARINA GARCIA
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224046603
MY COMMISSION EXPIRES DECEMBER 12, 2026

State of Colorado
County of Adams
The foregoing instrument was acknowledged before me this 24th day of August (date)
by Karina Garcia Michelle Lee
Individual Name(s)
Notary Public [signature]

RECEPTION#: 2026000050370,
8/24/2026 at 9:44 AM, 1 OF 5,
REC: $43.00
TD Pgs: 0 Josh Zygielbaum, Adams County, CO.

## FORMAL NOTICE OF TESTIMONY AND REQUEST FOR JUDICIAL NOTICE

I ORDER AND COMMAND THE COURT AND THE JUDGE TO TAKE MANDATORY
**Judicial notice under the rules of evidence of the following:**

- **Testimony under God**
- **Affidavit of status under the United States of America .**
- **Trade mark registration with the state of Colorado and certified with the county of Adams in which I reside.**
- Formal Notice of Capacity, Estate for MICHELLE DEON LEE trust

## TESTIMONY

**Michelle D. Lee**, Testimony under God

Michelle Deon Lee is the heir of the inheritance for MICHELLE DEON LEE
I am a registered agent and Authorized owner of the Trade name in the state of Colorado MICHELLE DEON LEE on file with the clerks off in Adams county
Michelle Deon Lee has jurisdiction to make all legal and final judgement and on all authority to act on behalf of the Trust in matters involving trust administration, trust property, and trust estate matters involving MICHELLE DEON LEE
MICHELLE DEON LEE IS NO LONGER A WARD OF THE STATE OF COLORADO
I remove all authority of any trustee over the trust established for MICHELLE DEON LEE
I remove all jurisdiction from all trustees over the trust for MICHELLE DEON LEE
Michelle D Lee worked/labored and contributed to the trust established for **MICHELLE DEON LEE** social Security application opened the trust For MICHELLE DEON LEE social security number 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
I am the registered trade mark owner of the factitious name for MICHELLE DEON LEE
Michelle D. Lee is granted authority and jurisdiction over the trust and social security number listed in the testimony to act on behalf of the Trust and court in all matters within the scope of fiduciary duties and the Trust agreement
I further state that the Trustee has not adequately provided for my welfare, support, or reasonable needs, and that I have been left in poverty-level living conditions as a result I also state that creditors have been allowed to take possession of funds, property, and assets that should have been preserved for my inheritance and proper distribution
I am entitled to an inheritance from the estate based on my relationship and legal status to the decedent and/or under the terms of the will, trust, and intestacy laws of Colorado ,Texas, Louisiana I request recognition of my

Certified to be a full, true and correct copy of the Recorded Document consisting of ......... pages In my custody.
Josh Zygielbaum, Adams County Clerk & Recorder
By: Date 8-24-2026
ADAMS COUNTY COLORADO SEAL

heirship and notice of all probate; trust, or estate proceedings concerning the inheritance

MICHELLE DEON LEE pursuant to the Act of 1666 Cestui Que Vie" trust am I not Act of 1666 The cestui que trust is the beneficiary with an equitable interest in the trust

Under Article III, Clause 2, Paragraph 1, federal judicial power extends only to the categories listed in the Constitution, and Congress cannot confer final adjudicatory power on a non-Article III court in a private-rights dispute without proper consent or statutory authority

Elements of a Trust

1. Settlor/Ganrantor/Trustor- intended to create a trust , which was perceived by the reasonable observer as in the case of the New Deal and the several Federal Acts associated State Regulations
   a. The Emergency Banking Relief Act of March 9, 1993
   b. The SocialSecurity Act of 1934, the Trust Indenture ACT
   c. The Social Security Trust
   d. The Treasury Trust Fund
   e. The Public Trust and therefore the administration

The register of titles is authorized to receive for registration of memorials upon any outstanding certificate of and official birth certificate pertaining to a registered owner named and said certificate of title showing the date of birth of said register owner providing there is attached to said certificate an

An affidavit of an affiant who states that he/she is familiar with the fact recited , stating the party named and said birth-certificate

Sources cited 336,Damages -The power to avert damages in proper cas as a necessary incident to other purely equitable relief and tn the same decree is fully admitted and even to award damages alone in very special cases, but the jurisdiction has been exercised with the utmost caution and reserve,

Case equity amount

FJudicial Interpretation of Jurisdiction

Equity Jurisprudence

A court of equity grants the relief to the compensatory damages in connection with some other specific relief and under very peculiar circumstances it decrees the payment of damages alone
Several kinds of equitable suits are wholly pecuniary in their relief as those for contribution and exoneration

Judicial Interpretation of Jurisdiction

Pomeroy Equity Jurisprudence

Pomeroy's substance and scope about what "property" meant in classic equity doctrine

Masimus of equity and adjudication states that a court of equity exists to protect and enforce rights in respect of property — the object of suits in chancery The term "property," as used in this connection, includes everything that is the subject of exclusive individual ownership More specifically, it embraces not only land, houses,

goods, chattels, rights, and credits, but also a man's person, his wife and minor children, his rights to work, to sell and acquire property, and to engage in any lawful business, his and their reputations, health, and capacity to labor, and his and their rights to enjoy the senses (sight, smell, hearing, taste), the rights of speech and locomotion, and other personal and proprietary interests recognized under the law

As men live by their labor and by their property, no one is presumed to part with either without receiving or expecting a fair equivalent in value Therefore, whenever one person controls or uses another's labor or property, they should pay for it or account for it unless they can prove it was a gift Likewise, any injury one person does to another's property or capacity to labor should be made good

I declare under the laws of the United States of America that foregoing is true and correct

Mother IDA MAVIS LEE 12-16-50

Father WILLIAM SCOTT 8-29-47 Date of Death 5-1-82 LAST KNOWN ADDRESS. 3242 KNOTTY OAKS

Joyce Mae Weldon -last known address 719 e. 5 ½ th st and half st houston Texas 77007

Birth right trust of

MIKAYLAH MARIE HALL 1-11-2007

JONATHAN WILLIAM HALL 10-15-89

I respectfully request a complete and accurate accounting of all trust-related funds and transactions, including

- All known and unknown funds,
- Contributions and deposits,
- Distributions and withdrawals,
- Investments and earnings,
- Fees, expenses, and transfers,
- Bank and financial-account records, and
- Any suspected fraudulent, unauthorized, or improper transactions
- Rescission equitable remedy for all past transactions I deposited all equitable assets

Please provide all supporting documentation for the accounting, including statements, receipts, contracts, tax records, and other relevant financial records I reserve the right to pursue any available legal remedies if funds are missing, misused, or improperly accounted for

***A live controversy exists because the parties have an ongoing, concrete dispute involving legally protected interests, and the requested relief would resolve and materially affect that dispute,Trustee Abandonment***

*I further request the full disclosure of* ***all beneficiaries, successor beneficiaries, Hiers successors, trustees, successor trustees, co-trustees, agents, representatives, attorneys, custodians, and other persons or entities*** *who have had or currently have any legal, financial, fiduciary, or administrative connection to the trust*
*Please provide each person's or entity's full legal name, role, dates of service or involvement, authority, contact information, and copies of all relevant trust documents, amendments, appointments, resignations, accountings, agreements, and other records*
*This disclosure should include all known and unknown parties associated with the trust or with any funds or transactions recorded under or connected to my Social Security number*
*I request that no trust assets or records be transferred, concealed, altered, destroyed, or otherwise disposed of while this accounting and disclosure request is pending*
**I request a complete accounting of any bonds, sureties, financial guarantees, deposits, or other security associated with any Colorado case in which I am a party, including the identity of the issuing or holding entity, the amount, terms, beneficiaries, current status, disbursements, and any claimed balance or obligation. I further request copies of all related records and documentation reflecting payment, satisfaction, release, or closure**
*I request that no payments, distributions, transfers, withdrawals, or other disbursements be made from the trust to any creditors or other parties until a full and accurate accounting has been completed, disclosed to all interested parties, and reviewed Please preserve all trust assets and records during this process* I am being threatened and harassed with lawsuits, taxes, and other legal matters, and I have suffered financial and personal hardship as a result of the Trustee's failure to properly protect and administer the Trust for my benefit as an heir

I state that the Trustee has allowed me to suffer poverty-level living conditions and exposure to claims, debts, and legal pressures that should have been addressed through proper trust administration
*This request is made without waiving any rights or remedies available to me under applicable law*
Take judicial notice of **public records** identified
***Request for Payment and early Interim Distribution***
*I respectfully request that the trustee provide a full accounting of the trust and issue any payment or distribution properly due to me within seven (7) business days of receiving this request*
Asset list
Owner of every bond, surety bond, appearance bond, fiduciary bond, appeal bond, and other suretyship tied to each case
Court cases MICHELLE DEON LEE

Appellate court 26-1234
Adams County Case No 2024CV031770 Arapahoe County Case No 2026CV30053
Case No 2026CV30543
Civil Action No 25-cv-4082-NYW
Civil Action No 25-cv-04141-NYW
Bankr No 24-16918-KHT

Civil Action No 1 25-cv-03131-RMR-KAS Civil Action No 1 25-cv-02098-RMR-KAS

Douglas County Case Number 2026CV30011
Civil Action No 1 25-cv-02098-RMR-KAS
Boulder Case No 2025CV30880
1st in first right
Property Owned By MICHELLE DEON LEE
4328 Andes Way Denver Co 80249
5031 N Quemoy ct Aurora Co 80019
**25572 E 5th Aurora Co. 80018 Arapahoe county**
16480 Fairway dr Commerce City Co 80022
15430 Fairway dr Commerce City Co 80022
21000 lackland dr Denver Co 80249
**21351 Stoll Place** Denver Colorado 80249
**3685 South Yampa Way, Aurora CO 80013-**
Owner 100% EIN business
Residential Care Services 26-1490449
Dream Group Realestate 85-3507689
Andes 92-1857118
Michelle Eyelash Spa 88-2270452
TLL Lone tree 88-4193761
vehicle registration
2021 Jeep Rubicon
2017 Poliris Slingshot
2022 Maserati Leventa2019 Dodge Ram
I declare that the statements above are true and correct to the best of my knowledge and belief

**Date:** 8-24-26
**Signature:** [signature]
**Printed Name:** Michelle D Lee
**Address:** 15430 Fairway dr Commerce City 80022
**Phone/Email:** ____________

KARINA GARCIA
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224046603
MY COMMISSION EXPIRES DECEMBER 12, 2026

State of Colorado
County of Adams
The foregoing instrument was acknowledged before me this 24th day of Aug (date)
by Michelle D Lee
Individual Name(s)
Notary Public [signature]

RECEPTION#: 2026000056371,
8/24/2026 at 9:44 AM, 1 OF 3,
REC: $43.00
TD Pgs: 0 Josh Zygielbaum, Adams County, CO.

Certified to be a full, true and correct copy of the Recorded Document consisting of ........... pages in my custody.
Josh Zygielbaum, Adams County Clerk & Recorder
By [signature] Date 8-24-2026
ADAMS COLORADO SEAL

E-Filed
Colorado Secretary of State
ID# 20268037916
Document # 20268037916
Filed on 08/20/2026 02 35 08 PM
Paid $20 00

Business Program
Colorado Secretary of State
1700 Broadway, Ste 550 Denver, CO 80290
Phone 303-894-2200 Fax 303-869-4864
Email Business@coloradosos gov Website www coloradosos gov

# Statement of Trade Name of an Estate, a Trust, a State or an Other Jurisdiction

Filed pursuant to §7-71-103 and §7-71-107 and of the Colorado Revised Statutes (C R S)

## Section 1 – Estate/Trust/State/Other Jurisdiction selection

*(Complete the following statement by marking the applicable box Caution Mark only one box )*

The person delivering this statement is

- ☐ an estate
- ☒ a trust
- ☐ a state
- ☐ a jurisdiction other than a state

## Section 2 – True name

The true name of such person is

MICHELLE DEON LEE

## Section 3 – Principal office address

The principal office address of such person is

**Street Address**

Street Address 1: 15430 Fairway dr

Street Address 2:

City: Commerce City | State: CO | ZIP code: 80022-5221

Province (if applicable): CO | Country: United States

**Mailing Address (Leave blank if same as street address)**

Mailing Address 1: 15430 Fairway dr

Mailing Address 2:

| City | State | ZIP code |
|---|---|---|
| Commerce City | CO | 80022-5221 |

| Province (if applicable) | Country |
|---|---|
| CO | United States |

## Section 4 – Trade name

The trade name under which such person transacts business or conducts activities or contemplates transacting business or conducting activities in this state is

Michelle Deon Lee

## Section 5 – Brief Description

A brief description of the kind of business transacted or activities conducted or contemplated to be transacted or conducted in this state under such trade name is

Trust

## Section 6 – Additional information

If the following statement applies, adopt the statement by marking the box and include an attachment

☐ This document contains additional information as provided by law

## Section 7 – Delayed effective date (if applicable)

The delayed effective date and/or time (mm/dd/yyyy hour minute am/pm) of this document is (if applicable)

Caution Leave blank if the document does not have a delayed effective date Stating a delayed effective date has significant legal consequences If you don't enter a specific time, the filing will take effect at 11 59 PM Times are MST/MDT

## Section 8 – Notice of perjury

Causing this document to be delivered to the Secretary of State for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that such document is such individual's act and deed, or that such individual in good faith believes such document is the act and deed of the person on whose behalf such individual is causing such document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C R S and, if applicable, the constituent documents and the organic statutes, and that such individual in good faith believes the facts stated in such document are true and such document complies with the requirements of that Part, the constituent documents, and the organic statutes

This perjury notice applies to each individual who causes this document to be delivered to the Secretary of State, whether or not such individual is identified in this document as one who has caused it to be delivered

## Section 9 – Filer's information

The true name and mailing address of the individual causing the document to be delivered for filing are

| Last name | First name | Middle | Suffix |
|---|---|---|---|
| Lee | Michelle | D | |

Address 1: 15430 Fairway dr

Address 2:

| City | State | ZIP code |
|---|---|---|
| Commerce City | CO | 80022-5221 |

| Province (if applicable) | Country |
|---|---|
| CO | United States |

If the following statement applies, adopt the statement by marking the box and include an attachment

☐ This document contains the true name and mailing address of one or more additional individuals causing the document to be delivered for filing

## Section 10 – Disclaimer

This form/cover sheet, and any related instructions, are not intended to provide legal, business or tax advice, and are furnished without representation or warranty While this form/cover sheet is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form/cover sheet

Questions should be addressed to the user's legal, business or tax advisor(s)

8/20/2026
REC: $43.00
TD Pgs: 0 Josh Zygielbaum, Adams County, CO.

**AFFIDAVIT OF status of**
**Michelle Deon Lee**

**State/Province of:** Colorado

ss

**County/District of:**Adams county /Denver /Arapahoe /Douglas /boulder

I, **Michelle D. Lee**, being first duly sworn, state as follows

1 My full legal name is **Michelle Deon Lee** being over the age of 21 yrs of age

2 I reside at 15430 Fairway dr Commerce city Colorado 80022
I am competent to make this affidavit and have personal knowledge of the facts stated below

3 The purpose of this affidavit is to state the following facts The Affiant is one of the people of the united states of America being a creation of GODand born domiciled in one of the several States

4 The living, breathing woman is subject only to her Creator, God, who endowed her with inherent and inalienable rights and therefor is not and cannot be any Artificial Person and there for is exempt from and and all identification treatments and requirements as such pursuant to any process , Law , code , or statute and color thereof I declare that I am a creation of God and that my inherent dignity and rights derive from that Creator-given status
I, as a living person, affirm that my inherent rights—endowed by my Creator—precede and are not dependent upon the Constitution or the Bill of Rights

5 Your Affiant notices that in these United states of America the authority of any and all governments reside in the People of the land for government is a fiction of the mind and can only be created by the people effected by the People and overseen by the people for the benefit of the people

6 Your affiant at all times claims all and waives none of her god given rights pursuant to the declaration of the Independence and the constitution of the united states of America as ratified 1791 with the articles of the Amendments

7 The Constitution recognizes and protects my Creator-endowed rights, it does not create those rights

**8. Your affiant notices that pursuant to the constitution of the united states of America ratified 1791 with the Articles of Amendments Article VI paragraph 2 This constitution and the laws ot the united states shall be made in pursuance thereof for of. And all treaties under authority of the United States shall be the supreme Law of the Land and the judges in every state shall ne bound thereby andy Thing in the constitution or Laws of any state to the Contrary not with standing**

Certified to be a full, true and correct copy of the Recorded Document consisting of 2 pages in my custody.
Josh Zygielbaum, Adams County Clerk & Recorder
By: Date 8-20-2026

ADAMS COUNTY COLORADO SEAL

9. Your affiant notices that as a matter of their lawful compliance to the referenced Constitution any of th people while function in any Public capacity in return for the trust of the people are granted limited delegated authority of and by the people with specific duties delineated in accordance thereof shall only do so pursuant to a lawfully designated sworn and subscribed oath of office and any and all bonds required thereof
10. Your affiant notices that the only court authorized by the referenced Constitution to hear matters of the people is a court the conforms to and functions in accordance with the Article III Section of the referenced constitution in which all officers of the court abide by their sworne and subscribed oath of office and support and defend the right of the people and are heard only trial by jury and in accordance with all aspects of the due process of law.
11. Your affiant notices that pursuant to this supreme Law of the land the God Given Rights secured and guaranteed therein the constitution is established to ensure that the dominion granted by God to all people on this land shall endure and ensure forever that this people on this land be free from any and all slavery, indenturement , tyranny and oppression under color of any law , statue , code , Policy procedure or of any other type or of any other type.
12. Your affiant further notices that pursuant to the constitution affiant cannot be compelled manipulated ,extorted tricked threatened placed under duress or coerced or so effected under color of law by any natural person who individually or in any capacity as or under any artificial person agency entity officer or party into the waving of any fo affiants Rights or to act in contradiction thereof or to act in opposite of the moral conscience and dominion granted Affiant By God nor can Affiant be deprived of the rights privileges and immunities. Except by law ful process in accordance with the Law with out that Natural and /or Artificial person in whatever capacity in so doing causing injury to your Affiant there by committing numerous crimes requiring lawful punishment
13. Further, Affiant sayeth naught

All Rights reserved

**Michelle Deon Lee**

**INDIVIDUAL ACKNOWLEDGEMENT**

**STATE**

**COUNTY**

**I certify that I know or have satisfactory evidence that Michelle Deon Lee is the individual who appeared before me and who acknowledged that she signed this instrument and acknowledge is to be her free and voluntary act for the use and proposes mentioned in the instrument**

**Date:** 8-20-26

**Signature:** Michelle D Lee

**Michelle D. Lee**

**Printed name:** Michelle D Lee

**Telephone/email:** [Contact information, if required]

---

**NOTARY JURAT**

Subscribed and sworn before me on this 20 day of August, ~~20,~~ 2026 ME by **Michelle Deon Lee**, who

☐ is personally known to me, or

☒ provided the following identification Drivers license

**Notary Public signature:** Matthew Ebbs-Biro

**Printed name:** Matthew Ebbs-Biro

**Notary commission number:** 20264000057

**My commission expires:** 01/06/2030

**Notary seal:**

MATTHEW EBBS-BIRO
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20264000057
MY COMMISSION EXPIRES JANUARY 06 2030

**CERTIFICATE OF SERVICE Docket**

**I hereby certify that on this Date:____________Request for Stay and** MOTION TO CORRECT CREDITOR ADDRESSES_**I served a copy of**

**U.S. Mail, . on the following parties:**

1. **Tom H. Connolly, Chapter 7 Trustee**
   **P.O. Box 68, Lafayette, CO 80026-0068**
2. **New American Funds, LLC**
   **C/O Heather L. Deere**
   **355 Union Boulevard, Suite 250, Lakewood, CO 80228**
3. **Wilmington Savings Fund Society, FSB**
   **C/O Julian Cotton**
   **6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312**
4. **Trinity Life Insurance Company**
   **C/O Aricyn Jaine Dall, Randall S. Miller & Associates, P.C.**
   **215 16th Street, Suite 1210, Denver, CO 80202**
5. **Bellco Credit Union**
   **C/O April L. Berry, janeway Law Firm, P.C.**
   **9540 Maroon Circle, Ste. 320, Englewood, CO 80112**
6. **Second Creek Ranch Metropolitan District**
   **C/O Kate M. Leason, Esq., 555 Zang Street, Suite 100, Lakewood, CO 80228-1011**
7. **BARRETT FRAPPIER & WEISSERMAN, LLP DATED: 10/09/2025 /s/ Rachael Swernofsky Rachael Swernofsky, Atty Reg No. 56919 1391 N. SPEER BLVD, SUITE 700 DENVER, CO 80204 Telephone: (303) 327-8761 Telecopier: (972) 661-7725 Email Address: co.ecf@bdfgroup.com**
8. **Cornerstone Home Lending**
   **14841 Dallas Parkway, Suite 350, Dallas, TX 75254**