IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF [DISTRICT]
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF [DISTRICT]
In re: MICHELLE DEON LEE
Heir: Michelle D. Lee
Heir.
Case No. Case No. 26-14100-KHT
Chapter [7/11/13]

FILED
CLERK OF COURT
AUG 31 2026
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

MOTION TO CORRECT CREDITOR ADDRESSES

Debtor respectfully requests permission to correct the creditor mailing addresses in this case because certain notices were returned or sent to incorrect addresses. Debtor asks that the corrected addresses be used for all future notices and that any previously returned notices may be re-served if necessary.

WHEREFORE, Debtor requests an order allowing correction of creditor addresses and re-service of notices as needed.

Dated: [date] 8-31-26

[Name]
Pro Se Debtor

Address correction list

9. **Tom H. Connolly, Chapter 7 Trustee**
   **P.O. Box 68, Lafayette, CO 80026-0068**
10. **New American Funds, LLC**
    **C/O Heather L. Deere**
    **355 Union Boulevard, Suite 250, Lakewood, CO 80228**
11. **Wilmington Savings Fund Society, FSB**
    **C/O Julian Cotton**
    **6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312**
12. **Trinity Life Insurance Company**
    **C/O Aricyn Jaine Dall, Randall S. Miller & Associates, P.C.**
    **215 16th Street, Suite 1210, Denver, CO 80202**
13. **Bellco Credit Union**
    **C/O April L. Berry, janeway Law Firm, P.C.**
    **9540 Maroon Circle, Ste. 320, Englewood, CO 80112**
14. **Second Creek Ranch Metropolitan District**
    **C/O Kate M. Leason, Esq., 555 Zang Street, Suite 100, Lakewood, CO 80228-1011**
15. **BARRETT FRAPPIER & WEISSERMAN, LLP DATED: 10/09/2025 /s/ Rachael Swernofsky Rachael Swernofsky, Atty Reg No. 56919 1391 N. SPEER BLVD, SUITE 700 DENVER, CO 80204 Telephone: (303) 327-8761 Telecopier: (972) 661-7725 Email Address: co.ecf@bdfgroup.com**
16. **Cornerstone Home Lending**
    **14841 Dallas Parkway, Suite 350, Dallas, TX 75254**