CERTIFICATION OF VITAL RECORD

# City of Houston, Texas

FILED
CLERK OF COURT
AUG 31 2026
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

STATE OF TEXAS

## CERTIFICATE OF BIRTH

BIRTH NO.

TEXAS DEPARTMENT OF HEALTH — BUREAU OF VITAL STATISTICS

**1. PLACE OF BIRTH**
- a. COUNTY: Harris
- b. CITY OR TOWN (If outside city limits, give precinct no.): Houston
- c. NAME OF HOSPITAL OR INSTITUTION (If not in hospital, give street address): Jefferson Davis Hospital
- d. IS PLACE OF BIRTH INSIDE CITY LIMITS? YES [X] NO [ ]

**2. USUAL RESIDENCE OF MOTHER (Where does mother live?)**
- a. STATE: Texas
- b. COUNTY: Harris
- c. CITY OR TOWN (If outside city limits, give precinct no.): Houston
- d. STREET ADDRESS (If rural, give location): 719 East 5 1/2
- e. IS RESIDENCE INSIDE CITY LIMITS? YES [X] NO [ ]
- f. IS RESIDENCE ON A FARM? YES [ ] NO [X]

**CHILD**
- 3. NAME (Type or Print): (a) First: Michelle (b) Middle: Dean (c) Last: Lee
- 4. DATE OF BIRTH: 11-30-70
- 5. SEX: Female
- 6a. THIS BIRTH: SINGLE [X] TWIN [ ] TRIPLET [ ]
- 6b. IF TWIN OR TRIPLET, WAS CHILD BORN 1st [ ] 2nd [ ] 3rd [ ]

**FATHER**
- 7. NAME: (a) First (b) Middle (c) Last
- 8. COLOR OR RACE:
- 9. AGE (At time of this birth): YEARS
- 10. BIRTHPLACE (State or foreign country):
- 11a. USUAL OCCUPATION:
- 11b. KIND OF BUSINESS OR INDUSTRY:

**MOTHER**
- 12. MAIDEN NAME: (a) First: Ida (b) Middle: Marie (c) Last: Lee
- 13. COLOR OR RACE: Negro
- 14. AGE (At time of this birth): 19 YEARS
- 15. BIRTHPLACE (State or foreign country): Texas
- 16. CHILDREN PREVIOUSLY BORN TO THIS MOTHER (Do NOT include this child)
  - a. How many OTHER children are now living? 0
  - b. How many OTHER children were born alive but are now dead? 0
  - c. How many children were born dead (fetal deaths after 20 weeks pregnancy)? 0

17. INFORMANT: Ida Marie Lee

18. I hereby certify that this child was born alive on the date stated above at 9:42 A.M.
- 19a. ATTENDANT'S SIGNATURE: [signature]
- 19b. ATTENDANT AT BIRTH: M.D. [X] D.O. [ ] MIDWIFE [ ] OTHER [ ]
- 19c. ATTENDANT'S ADDRESS: Houston, Texas — Jefferson Davis Hospital
- 19d. DATE SIGNED: 11-30-70

- 20a. REGISTRAR'S FILE NO.: 30482
- 20b. DATE REC'D BY LOCAL REGISTRAR: DEC. 9, 1970
- 20c. REGISTRAR'S SIGNATURE: [signature]

4026135

STATE OF TEXAS
COUNTY OF HARRIS } SS

CERTIFIED COPY OF VITAL RECORDS

DATE ISSUED AUG 07 2001

This is a true and exact reproduction of the document officially registered and placed on file in the BUREAU OF VITAL STATISTICS, HOUSTON HEALTH AND HUMAN SERVICES DEPARTMENT.

R. W. Hanks

R. W. Hanks, Registrar
BUREAU OF VITAL STATISTICS

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.
LAMINATION MAY VOID CERTIFICATE.

RECEPTION#: 2026000050497,
8/24/2026 at 12:33 PM, 1 OF 2,
REC: $43.00
TD Pgs: 0 Josh Zygielbaum, Adams County, CO.

Certified to be a full, true and correct copy of the Recorded Document consisting of ...2... pages In my custody.
Josh Zygielbaum, Adams County Clerk & Recorder
By ______ Date 8/24/26
ADAMS COUNTY COLORADO SEAL

*I, Michelle D. Lee, make this affidavit to provide a sworn statement regarding establishing* this Certification of Vital Records birth certificate as the legal title to my body for Michelle D. Lee *The facts set out below are based on my personal knowledge and are true and correct to the best of my knowledge and belief. I submit this affidavit for use in court cases, legal proceedings, application, or other purposes.*

City of Houston
Michelle Deon Lee
Born Date: 11-70-1970

I declare that the statements in this affidavit are true and correct to the best of my knowledge and belief.

______________________________

**Michelle D. Lee, Affiant**
Date: 8-24-26

**Notary Acknowledgment**

Sworn to (or affirmed) and subscribed before me on this 24 day of August, 20, by **Michelle D. Lee**, who personally appeared before me and provided satisfactory identification.

______________________________

**Notary Public Signature**
Printed Name: Joseph Hopper
Notary Public, State/Province of: Colorado
Commission No.: 20224010696
My commission expires: 04-07-2030
**Notary Seal/Stamp**

JOSEPH BENJAMIN HOPPER
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224010696
MY COMMISSION EXPIRES APRIL 07, 2030